1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3  Name _HAWKINS (3)_          _HOMER_          _E_

4          (Last)          (First)          (Initial)          FILED

5  Prisoner Number _____ _C-55875_ _____          NOV    2007

6  Institutional Address _IRONWOOD STATE PRISON_          RICHARD W. WIEKING

7  _P.O. BOX = 2199, Blythe, CALIFORNIA. 42228_    CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

8

9                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

10

11  _HOMER E. HAWKINS (3)_          CV } 07    5644
    (Enter the full name of plaintiff in this action.)

12              VS.                          Case No. _____ SI
                                            (To be provided by the clerk of court)

13  _SHERIFF-ROBERT DOYLE-MARIN COUNTY_
                                            **COMPLAINT UNDER THE (PR)**
14  _CAPTAIN - DENNIS McQUEENY - MARIN COUNTY_    **CIVIL RIGHTS ACT,**
                                            **42 U.S.C §§ 1983**
15  _LIEUTENANT- C.FISHER - MARIN COUNTY_

16  _[et., all]_

17  (Enter the full name of the defendant(s) in this action)

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.      Exhaustion of Administrative Remedies

20      [**Note:** You must exhaust your administrative remedies before your claim can go

21      forward. The court will dismiss any unexhausted claims.]

22      A.      Place of present confinement _IRONWOOD STATE PRISON_

23      B.      Is there a grievance procedure in this institution?

24              YES (X)      NO ( )

25      C.      Did you present the facts in your complaint for review through the grievance

26              procedure?

27              YES(X)      NO ( )

28      D.      If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

1   each level of review.  If you did not pursue a certain level of appeal, explain why.

2   1. Informal appeal _SEE ATTACHMENT TO CITIZEN'S_

3   _COMPLAINTS #①_

4   _____

5   2. First formal level _SEE ATTACHMENT TO CITIZEN'S_

6   _COMPLAINT ①, 1.- Through - 8.,_

7   _SEE ATTACHMENT # (A - Through - X) EXHIBIT'S_

8   3. Second formal level _SEE ATTACHMENT TO CITIZEN'S_

9   _COMPLAINT ②, 1.- Through - 7.;_

10  _SEE ATTACHMENT # (A - Through - L) EXHIBIT'S_

11  4. Third formal level _SEE ATTACHMENT TO CITIZEN'S_

12  _COMPLAINT ③, 1- Through - 10.;_

13  _SEE ATTACHMENT # (A - Through - N) EXHIBIT'S_

14  E.    Is the last level to which you appealed the highest level of appeal available to you?

15       YES (X)    NO ( )

16  F.    If you did not present your claim for review through the grievance procedure, explain

17  why. _____

18  _____

19  _____

20  II.   Parties

21  A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

22  _HOMER E. HAWKINS (3) # C-55875_

23  _IRONWOOD STATE PRISON_

24  _P.O. Box = 2199; Blythe, CALIFORNIA. 92226_

25  B.    Write the full name of each defendant, his or her official position, and his or her place of

26       employment.

27  _BECAUSE OF THE LENTH OF DEFENDANT'S,_

28  _SEE ATTACHMENT'S TO CITIZEN'S_

COMPLAINT                         - 2 -

1    COMPLAINT'S #[1]; [2]; [3].

2    _____

3    _____

4    III.    Statement of Claim

5          State here as briefly as possible the facts of your case. Be sure to describe how each

6    defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7    cases or statutes. If you have more than one claim, each claim should be set forth in a separate

·8    numbered paragraph.

9    The Failure of the defendant's in (MARIN COUNTY-OF-

10   SAN RAFAEL, CALIFORNIA SHERIFF, DEPUTIES) department

11   did a Violation of a "Constitutional Law" policies that

12   Violated the Plaintiff Right's. [SEE SEPARATE NUMBERS

13   PARAGRAPH - CITIZEN'S COMPLAINT #(1)].

14   The Failure and Concern of (MARIN COUNTY-JAIL) for opening

15   my "Legal Mail" out of my presence and to process my grievances

16   at all levels was a failure. [SEE SEPARATE NUMBERS PARAGRAPH-

17   CITIZEN'S COMPLAINT #(2)].

18   The Violations of defendant's in (MARIN COUNTY-JAIL), to

19   Plaintiff Right's for not letting me to access to the Courts and

20   to confidential legal Communications. [SEE SEPARATE NUMBERS

21   PARAGRAPH- CITIZEN'S COMPLAINT #(3)].

22   IV.    Relief

23          Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24   you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25   I would like the Court to asign a investigator's and be

26   Compensated, Monetary Relief of [$ 400,000] for Plaintiff

27   Lost. (SEE SEPARATE NUMBERS PARAGRAPH - CITIZEN'S COMPLAINT

28   #(3).(Page- 6,7,8 (See Exhibit G, H, I, J, L).) In Punitive Damages

COMPLAINT                              - 3 -

1  of "Due Process" Violation in [$ 1,000,000] for specific

2  Conditions was inadequate and and (NO) opportunity for "TELEPHONIC

3  COURT APPEARANCE.

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this ___30___ day of ___October___, 20 _07_

7

8

9    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -