**ATTACHMENT TO CITIZEN'S COMPLAINT #1**

**CLAIMANT: HOMER HAWKINS, III**

This Citizen's Complaint concerns violation of my rights to confidential legal communications and of my rights to postage and copying services for access to the Courts which occurred between June 2002 and June 2003 while I was an inmate at the Marin County Jail.

There should be no problem investigating these events as investigating files should already exist. A Claim and an additional Claim and Application to file a late Claim were filed with the Board of Supervisors on June 9, 2003, regarding these violations and presumably there is some investigative file. In addition, following the filing of the Claims, someone came to my cell and made photocopies of envelopes which had contained legal mail. The Claim and the Application for a Late Claim were ruled upon on July 17, 2003. The County Claim numbers are LO2-0073 and LO1-0110.

This Citizen's Complaint also references failure to process grievances, which violations are discussed in detail in a separate Citizen's Complaint, which is referenced as Citizen's Complaint #2.

**WITNESSES**

Occasionally, an envelope which was opened outside of my presence had a notation that the envelope had been previously opened and a badge number and/or initials. Sometimes I would also make a notation that the envelope had been opened prior to delivery and when I recognized the Deputy or could read the name plate of the person delivering the previously opened legal mail, I would sometimes include identifying information.

I assume that the Deputies who made these notations and who delivered the envelopes found that the envelopes had been opened by someone else before the Deputies picked up the envelopes for delivery to me.

The numbers and initials and the post mark or date on the envelopes are as follows:

KO #1462 Postmark 9-11-02  (Exhibit B)

TG 1575 12/31/02  2130   Postmark 12-30-02 (Exhibit C)

TG  1575  Postmark 3-3-03  (Exhibit E)

Deputy Floyd 5-2-02 (Exhibit G)

#1581 Postmark 5-20-03 (Exhibit N)

JK-1542 Postmark 5-29-03 (Exhibit P)

Deputy Andrews, who accompanied the employee with first name Gilda, on @June 4, 2003, when she stated that she had previously opened the envelope, would also be a witness.

All of the above individuals are witnesses to the fact that my legal mail was opened outside my presence before it was delivered to me.

## NAME OR DESCRIPTION OF SHERIFF'S EMPLOYEE WHO IS THE SUBJECT OF COMPLAINT

Sheriff Robert Doyle, Jail Facility Administrator

Captain Dennis McQueeny, Jail Commander/Facility Manager

Due to their authority, Sheriff Doyle and Captain McQueeny are responsible for policies which violate my rights, such as the policy of filming attorney visits and of not providing photocopying of documents for court cases.

Sheriff Doyle and Captain McQueeny are also responsible for failing to insure that policies which are intended to protect inmate's rights, such as the policy of only opening confidential legal mail in the presence of the inmate and of providing indigent inmates with postage for legal mail, are followed.

Arueaka Duchasee (or Puchasee) SSA was identified in the response to the grievance of 1/8/03 as the employee who opened two envelopes from the Supreme Court outside my presence. (Exhibit D) The envelopes were postmarked December 30, 2002 (Exhibit C) and January 7, 2003.

A female employee, with the first name Gilda, and wearing a white uniform shirt, told me that she had opened an envelope from the U.S. District Court on @June 4, 2003 outside my presence. (Exhibit R)

I believe that on @June 4, 2003, this same employee named Gilda also opened outside my presence an envelope addressed to the Judicial Counsel, which was being returned for additional postage. (Exhibit S)

Deputy Kasanback failed to conduct an adequate investigation of my grievance dated May 29, 2003. (Exhibit Q)

I do not otherwise know the identity of the employees who opened other legal mail outside my presence.

When mail was opened outside of my presence, it was often slipped under my cell door in the evening. When Deputies did hand me previously opened envelopes, the Deputies name tags would often not be visible.

As my grievances were often referred to Prisoner Services, it is possible that employees in Prisoner Services opened the mail. (Exhibit H) The grievance of 1/8/03 makes a referral to "MRD on Duty." It is possible that "MRD on Duty" opened mail. The second level response to my Grievance of 1/8/03 identifies "SSA Arueaka Duchasee" as the person who opened two envelopes which contained Legal Mail. It is possible that other employees in "SSA" opened mail. I do not know what MRD or SSA mean. (Exhibit D)

My request for postage when I was indigent was sent to Prisoner Services and my grievance regarding this request was referred to Prisoner Services. (Exhibits T and U) It would appear that someone in Prisoner Services denied my request.

My request for copies was sent to Prisoner Services and my grievance regarding this was also referred to Prisoner Services. It would appear that someone in Prisoner Services denied my request. It looks like the initials "PK" may be on the denial of the copy request, but this is not clear. (Exhibits V and W)

Deputy Toipp or Tripp, # 1502: The response at the first level to my grievance regarding the filming of attorney client visits is signed "Dep. Toipp or Tripp #1502." This Deputy sanctioned the use of cameras during attorney visits.

### NARRATIVE (Describe Misconduct)

### 1. Repeated Opening of mail from Courts, Attorneys, and Public Offices outside of my presence and prior to delivery to me.

Title 15 California Code of Regulations section 1063(c) provides as follows: "inmates may correspond, confidentially, with state and federal courts, any member of the State Bar or holder of public office, and the State Board of Corrections; however, jail authorities *may open and inspect such mail only* to search for contraband, cash, checks or money orders and *in the presence of the inmate*;" (emphasis added)

Marin County employees at the Jail repeatedly opened mail addressed to me from state and federal courts, members of the State Bar, and public offices outside of my presence.

(1) A large brown envelope, postmarked June 12, 2002, with the clearly printed return address of the Marin County Superior Court, and containing legal mail had been opened using some type of sharp opener, before it was brought to me by a Deputy.[1] A copy of the envelope is attached as Exhibit A.[2]

(2) A large brown envelope, postmarked September 11, 2002, with the clearly printed return address of the Supreme Court of California, and containing legal mail had been

---

[1] This was included in a separate Claim filed on June 9, 2003, with an Application for Leave to File a Late Claim.

[2] When someone came and copied the envelopes the person gave me a set of the copies. The attached copies are photocopies of that set of copies.

opened using some type of sharp opener, before it was brought to me by a Deputy.[3] There is a notation that "It opened prevs. Not front of Inmate Hawkins on 9/12/02 KO #1462" A copy of the envelope is attached as Exhibit B.

(3) A large brown envelope, postmarked December 30, 2002, with the clearly printed return address of the Supreme Court of California, and containing legal mail had been opened using some type of sharp opener, before it was brought to me by a Deputy. The envelope includes the following notation: "1575 12/31/02 2130 Was Previously Opened." A copy of the envelope is attached as Exhibit C.

(4) A large brown envelope, postmarked January 7, 2003, with the clearly printed return address of the Supreme Court of California, and containing legal mail had been opened using some type of sharp opener, before it was brought to me by a Deputy.

Following the third and fourth violation, I filed a grievance regarding the opening of the envelopes of December 30, 2002 and January 7, 2003. A copy of the grievance is attached as Exhibit D. It was acknowledged that both envelopes were from the Supreme Court and should not have been opened. It was represented that the person who had opened the envelopes, SSA Areuaka Duchasee, had been advised of the proper procedure.

One would have assumed from this that this violation would not reoccur. This was not however the case. There were 13 more violations. I filed additional grievances, which were not processed as required by Title 15, section 1973.

(5) A large brown envelope, postmarked March 3, 2003, with the clearly printed return address of the Supreme Court of California, and containing legal mail had been opened using some type of sharp opener, before it was brought to me by a Deputy. The envelope includes the following notation: "Was previously opened. TG 1575" A copy of the envelope is attached as Exhibit E.

(6) A large brown envelope, postmarked April 18, 2003, with the clearly printed return address of the United States Supreme Court, and containing legal mail had been opened using some type of sharp opener, before it was slipped under my door on @May 2, 2003. A copy of the envelope is attached as Exhibit F.

(7) A large brown envelope, postmarked May 2, 2003, with the clearly printed return address of the United States Supreme Court, and containing legal mail had been opened using some type of sharp opener, before it was brought to me by a Deputy. The set of photocopies includes one page with the notation: "On May 2, 2003, officer 'Floyd' gave 'legal mail' that was open." A copy is attached as Exhibit G.

On May 4, 2003, I filed another grievance regarding the opening of my legal mail of June 12, 2002, December 31, 2002, January 7, 2003, March 3, 2003, and May 2, 2003, outside

---

[3] This was also included in the separate Claim filed on June 9, 2003 with the Application for Leave to File a Late Claim.

4

of my presence. On May 4, 2003, the first level response was "Forward to Prisoner Services." (A copy is attached as Exhibit H.) As of the end of May, I had received no other response, and there had been 8 violations during the rest of May. I never received a final level response to my grievance of May 4, 2003.

(8) A white envelope, postmarked May 7, 2003, with the clearly printed return address of the California State Board of Control, and containing legal forms for filing a Claim, had been opened by ripping off the front of the envelope, before it was brought to me by a Deputy. A copy of the envelope is attached as Exhibit I.

(9) A white envelope, which had been hand delivered to the Jail, on May 9, 2003, with the clearly printed return address of Legal Aid of Marin, and marked "Confidential-Legal Mail" on the front, and containing legal mail had been opened using some type of sharp opener before it was delivered by the Deputy, on @ the same date item 8 was delivered. There is a notation that "was open on previously May 9, 2003." A copy of the envelope is attached as Exhibit J.

(10) A large brown envelope, which had been hand delivered to the Jail, with the clearly printed return address of Legal Aid of Marin, and marked Legal Mail Confidential on the front and Confidential on the back, and containing legal mail had been opened using some type of sharp opener before it was brought to me by a Deputy on @ May 20, 2003. There is a notation that "was open on Previously May 20, 2003." A copy of the envelope is attached as Exhibit K.

(11) A small brown envelope, which had come through the County system, clearly stamped in the upper left "Marin County Superior Court", and containing legal mail, had been opened before it was brought to me by a Deputy on @May 20, 2003. A copy of the envelope is attached as Exhibit L

(12) A large brown envelope, postmarked May 20, 2003, with the clearly printed return address of the United States District Court for the Northern District of California, and containing legal mail, had been opened using some type of sharp opener before it was brought to me by a Deputy. The envelope did not contain a page which was indicated should have been in the envelope. A copy of the envelope is attached as Exhibit M.

(13) A large brown envelope, postmarked May 20, 2003, with the clearly printed return address of the Marin county Superior Court, marked "Legal" on the front, and containing legal mail, had been opened using some type of sharp opener before it was delivered by the Deputy. The Deputy delivering the envelope wrote the following notation: "5/21/03 Prev. Opened # 1581" A copy of the envelope is attached as Exhibit N.

(14) A large brown envelope, which was postmarked May 22, 2003, with the clearly printed return address of the Supreme Court of California, and containing legal mail, had been opened using some type of sharp opener before it was delivered by the Deputy. There is a notation that "This mail was open again on May 23, 2003." A copy of the envelope is attached as Exhibit O.

5

(15) A white envelope, which was postmarked May 29, 2003, with the clearly printed return address of the State Board of Control, Government Claims Division, and containing legal mail, had been ripped open before it was delivered to me. The Deputy who delivered the envelope had written the following notation on the envelope: "Previously Opened 6/3/03 JK-1542." A copy of the envelope is attached as Exhibit P.

On May 29, 2003, I filed another grievance regarding the opening of my legal mail of May 7, 2003, May 20, 2003, May 20, 2003, and May 22, 2003, outside of my presence. The response at the first level was a statement as to what was supposed to be the policy, namely that legal mail only be opened in the presence of the inmate, and an assumption that it was being followed, when in actual fact it was being repeatedly violated. A copy is attached as Exhibit Q. Deputy Kansanback, the first level reviewer, failed to conduct an adequate investigation of my grievance.

(16) On @ June 4, 2003, a brown envelope, with the clearly printed return address of the United States District Court, and containing legal mail, had been previously opened before it was delivered to me. The envelope was delivered by Deputy Andrews and a female employee of the Sheriff's Department, dressed in a white uniform shirt, with the first name of Gilda. Gilda informed me that she had opened the envelope. There is a notation "Open Mail By Mrs. Gilda June 4, 2003 a.m. 11:30" A copy of the envelope is attached as Exhibit R.

(17) On @ June 4, 2003, a white envelope, which I had addressed to the Judicial Counsel, Supreme Court of California, and which was postmarked May 30, 2003, and which was marked "Legal Mail Confidential" on the envelope, and which was being returned for additional postage, had been previously opened before it was delivered to me. There is a notation "was open on June 4, 2003 by GILDA" A copy of the envelope is attached as Exhibit S.

When mail is sorted and legal mail is placed with non-legal mail which is to be opened and screened, that legal mail may take longer to reach an inmate than legal mail which is properly taken directly to the inmate without prior opening.

A paper which should have been in one of the envelopes which was opened outside my presence was not included and I had to write back to the court for it.

Deputies had twice thrown my legal papers all over the cell during searches.

I have lost my right to privacy as to the contents of all of the envelopes which were opened outside of my presence. I have no idea how this information may be used.

## 2. Denial of right to unlimited mail to the courts.

6

Title 15 California Administrative Code section 1063(e) provides as follows: "those inmates who are without funds shall be permitted at least two postage-free letters each week to permit correspondence with family members and friends *but without limitation on the number of postage free letters to his or her attorney and to the courts.*" (emphasis added) Title 15 California Administrative Code section 1068(a) provides that access to courts and counsel shall include *"unlimited mail* as provided in section 1063…" (emphasis added)

I twice sent a written request to Prisoner Services for help to mail two legal mail envelopes, as I did not have any funds in my account. One of the envelopes was to the Clerk of the United States Supreme Court, and was in response to a letter I had received from the Clerk. The second was to the Clerk of the United States Supreme Court and was for the Solicitor General. Prisoner Service refused to mail these envelopes. A copy of the request of May 2, 2003 is attached as Exhibit T. On May 9, 2003, I filed an inmate grievance. On May 9, 2003, the grievance was referred to Prisoner Service. A copy is attached as Exhibit U. I never received a final level response to this grievance of May 9, 2003.  I was not able to mail these envelopes until I received some funds in my account.

I sent a request to Prisoners Services in late April or early May 2003 for photocopies of papers following a letter from the Clerk of the United States Supreme Court, and I related that I was indigent. Prisoner Services replied that they did not Xerox. A copy of the request and response is attached is attached as Exhibit V.

On 5-17-03, I filed a grievance. Once again, it was referred to Prisoner Services and once again, as of the end of May, there was no response. A copy of the grievance is attached as Exhibit W.

### 3. Denial of Confidential Communication with my Defense Attorney.

Title 15 California Administrative Code section 1068(b) provides that access to courts and counsel shall include *"confidential* communication with attorneys." (emphasis added)

The attorney visiting rooms at the Jail contain cameras. I believe that this camera was running while I was meeting with an attorney about my criminal case. I filed a grievance and the response by Deputy Tripp or Toipp #1502 acknowledged that the cameras were used for attorney client visits. A copy is attached as Exhibit X.

The camera allows Jail personnel access to confidential communications.

During my visit with my criminal defense attorney, my attorney had spread out papers, face up on the counter, so that I could look at them. I also had spread out papers, face up on my side of the counter, so that my attorney could look at these. The filming violated my right to confidential communication with my attorney.

It is a common practice on the part of attorneys and inmates to review documents at visits. Attorneys frequently hold documents up to the glass so that the inmate can read

7

them slowly and carefully. These documents can be easily filmed. Diagrams of a scene could be easily filmed. An attorney's statement could be deciphered by reviewing the film. If the attorney asks the client to demonstrate certain movements, these will be clearly recorded on film. The status of the defense can be evaluated by the demeanor of the client and the attorney. Actions speak louder than words. The existence of these cameras compromises the ability of attorney and client to confidentially convey information critical to the case.

When I visited with attorneys, someone might have been filming and/or watching our consultation.

This installed video system was also equipped for audio recording. This had a further chilling effect on the communication between attorney and client.

The filming of attorney client visits serves no safety or security purpose. Contrary to what is stated in the response to my grievance, the filming of attorney client visits is not necessary in order to monitor an inmate's behavior and it is not necessary for knowing when the visit is over.

The inmate and the attorney are in separate rooms. They can view each other only through a heavy piece of glass. The pass through for documents is padlocked and can only be opened by a Deputy. The door to the inmate side can be locked from a central control in the pod. The inmate cannot leave and enter the pod until the Deputy releases the locking mechanism. The door between the inmate side and the pod has a glass window. If a Deputy comes and looks through the window, the attorney can see the Deputy. The attorney can cover confidential documents and wait to resume consultations until the Deputy moves away from the window. The attorney can leave the attorney side at any time. The attorney can use a phone, which is outside the visiting room and which directly connects to visiting, to state that the visit is over. The inmate can press a buzzer on the inmate side to let the Deputy know the visit is over.

### 4. Failure to Process Grievances

This was addressed in more detail in another Claim which was filed with the Board of Supervisors on November 24, 2003 and it is addressed in another Citizen's Complaint which is referred to as Citizen's Complaint #2.

**EXHIBIT A**

Marin County Superior Court
P. O. Box 4988
San Rafael, California 94913-4988

## LEGAL MAIL

MUST BE OPENED IN PRESENCE OF INMATE

DEPUTY MAKING DELIVERY: _____

PAGE #: _____    DATE: _____

"THIS ITEM WAS OPENED IN MY PRESENCE"

_____
INMATE SIGNATURE/PFN#

HOMER E. HAWKINS
CDC NO. BBF808
5325 RODER BLVD.
DUBLIN, CA 94568

34568+3303 66

(1)

**EXHIBIT B**

Clerk of the Court
350 McAllister Street
San Francisco, CA 94102-4797

It OPENED PRELS,
NOT FRONT OF INMATE
HAWKINS ON
9/12/02
KO#1462

SI09116
HOMER EARL HAWKINS  C-55875
Marin County Jail - POD-C = 0125988
13 Peter Behr Drive
San Rafael, CA 94903



**EXHIBIT C**

SUPREME COURT
STATE OF CALIFORNIA
McALLISTER STREET
NCISCO, CA   94102-3600

HOMER HAWKINS



SAN FRANCISCO
DEC 30 '02
CA
PB METER
711250/
U.S. POSTAGE
$ 0.83

1575    12/31/02    2130

WAS PREVIOUSLY OPENED.

**EXHIBIT D**

JAIL                          M/ N COUNTY SHERIFF'S DEPARTN T
― DIVISION                        PRISONER GRIEVANCE

| Prisoner's | | | |
|---|---|---|---|
| Name | Homer HAWKINS (J.) | Bkg. # 2 2 | Housing Pod-A |
| Received | | | |
| From Prisoner: | Day WED    Date 1/8/03  Time 1725  Deputy ALLEN 1582 Team D |

Details of Grievance (Do **not** write on backside) _The reason I am filing this_

_grievance form is because my Legal from ( SUPREME COURT),_

_have been Open "TWO" time on different date " ONE ON Dec. 31_

_2002 and "Two an Jan. 7, 2003"; I would like to Know why is_

_my Legal Mail is being open without me at "PRESENCE"_

_____

_____

_____

_____

_____

### (Do not write below this line)

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN
COUNTY JAIL, Civic Center San Rafael, CA 94903

Response
Line Officer: Name ALLEN  1582 _____ Team D ___ Date 1 8 03

ON 1/7/03 I RECEIVED A STACK OF PAPERS WRAPPED WITH A RUBBER BAND,

WITH A "POST-IT" LABELLED "HOMER HAWKINS." THIS BUNDLE WAS NOT IN AN

ENVELOPE WHEN I PICKED IT UP IN POD-A'S MAIL TRAY IN THE HOUSING

SERGEANTS OFFICE ON 1/7/03. REFER TO PRISONER SERVICES OR MRD ON DUTY.

Response
Shift Sgt.: Name Frey K394 _____ Team C__ Date 1-9-03

SSA ARUEAKA PUCHASEE ACCIDENTALLY OPENED WO ENVELOPES TO HAVKINS SENT FROM

THE SUPREME COURT. SHE DID NOT REALIZE IT WAS LEGAL MAIL. IT ONLY HAD

Requires RETURN ADDRESS SUPREME COURT. SHE WAS ADVISED AND WILL BE
Response: ____ Classification      ____ Medical      ____ Food Services      ____ Other:
MORE CAREFUL IN THE FUTURE.

Response
Jail Cmdr. (Final Disposition) _MAIL opened IN eRRoR. Has been Addressed. NFA_

Facility Commander _____ 1432 __ Date 1-10-02

Distribution:
**White** – Admin        **Canary** - Prisoner (Final Disposition)        **Pink** – Prisoner (Initial Receipt)

**EXHIBIT E**

Supreme Court of California
Clerk of the Court
350 McAllister Street
San Francisco, CA 94102-4797



S112568
HOMER E. HAWKINS #40125988
Marin County Jail, 13 Peter Behr Dr.
San Rafael, CA 94903



WAS PREVIOUSLY OPENED TG 1575

**EXHIBIT F**

OFFICE OF THE CLERK
\E COURT OF THE UNITED STATES
SHINGTON, D.C. 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

U.S. OFFICIAL MAIL
PENALTY
FOR
PRIVATE
USE $300

WASHINGTON D.C.
APR 1 8'03

≡ 1.75 ≡
PB Metter
7249590    U.S. POSTAGE

**EXHIBIT G**



ON May 2, 2003
Officer "Floyd" -
gave "LEGAL MAIL" that
was open

Ronnie Banks

**EXHIBIT H**

**JAIL**
**DIVISION**

M IN COUNTY SHERIFF'S DEPARTMENT
PRISONER GRIEVANCE

| |
|---|
| Prisoner's Name _HOMER HAWKINS_ Bkg. # _Lock down_ ## _12_ Housing _U/S_ |
| Received From Prisoner: Day _SUN_ Date _5/4_ Time _0540_ Deputy _Mr. Odem/_ Ins Team _A_ |

Details of Grievance (Do not write on backside) _Once again I have to write up a_ _GRIEVANCE about my "LEGAL MAIL" being "OPEN". Not only once,_ _but "FOUR" time's. The first Violation was on date (June 12, 2002); The_ _Second Violtion was on date (SEPTEMBER 11, 2002); The Third Violation was_ _on date (DECEMBER 31, 2002); The Fifth Violtion was on date (January 7,_ _2003) when I wrote the [First Grievance]; The Sixth violation was on date:_ _(March 3, 2003); And the Seventh last time was on date (May 2, 2003);_ _And all mail "legal" must be opened in [PRESENCE OF INMATES] or it a_ _"Federal" Violation, I Mail Room do not care about this law!_

**(Do not write below this line)**

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN COUNTY JAIL, Civic Center San Rafael, CA 94903

Response Line Officer: Name _VANDERLIND_ Team _A_ Date _5/4/03_

_FORWARD TO PRISONER SERVICES._

Response
Shift Sgt.: Name _____ Team _____ Date _____

Requires
Response: ____ Classification ____ Medical ____ Food Services ____ Other:

Response
Jail Cmdr. (Final Disposition) _____

Facility Commander _____ Date _____

Distribution:
White – Admin     Canary – Prisoner (Final Disposition)     Pink – Prisoner (Initial Receipt)

**EXHIBIT I**





STATE OF CALIF. BOARD OF CONTROL
GOV'T CLAIMS DIV.
PO BOX 3035
SACRAMENTO CA 95812-3035

349034521 6    96



**EXHIBIT J**

Jean Bordon
LEGAL AID OF MARIN
30 North San Pedro Rd.
Suite 140
San Rafael, CA 94903

Homer Hawkins
Marin County Jail
13 Peter Behr Way
San Rafael, CA 94903

LEGAL MAIL--CONFIDENTIAL

Was OPEN on Previously
May 9, 2003

**EXHIBIT K**

Jean Bordon
LEGAL AID OF THE NORTH BAY
North San Pedro Road
#220
Rafael, CA 94903

Legal Mail -
CONFIDENTIAL

Homer Hawkins
Marin County Jail

1 4/5





Was open on

Previously

May 20, 2003,

Delores Hawkins

**EXHIBIT L**





**EXHIBIT M**



F THE CLERK, U.S. DISTRICT COURT
HERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
FRANCISCO, CALIFORNIA 94-102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Not Marked
Confidential

A5
01.0

LEGAL

Homer E. Hawkins
Marin County Jail
6125988
13 Peter Behr Dr
San Rafael Ca 94903

SAN FRANCISCO CA
MAY 20'03

U.S. POSTAGE
00.83
H METER 71:549

**EXHIBIT N**

Marin County Superior Court
P. O. Box 4988
San Rafael, California 94913-4988

LEGAL

HOMER HAWKINS
13 PETER BEHR DR
SAN RAFAEL, CA 94903
#0125988

LEGAL



PRESORTED
FIRST CLASS

MAY 20 03
SAN RAF... CA

PB METER
7131808

U.S. POSTAGE
0.35²

# 1581

REV. 1.0

REVIEWED

05/01/03

**EXHIBIT O**

Supreme Court of California
Clerk of the Court
350 McAllister Street
San Francisco, CA 94102-4797

E

Not mag
Confidential

S112568
HOMER E. HAWKINS #0125988
Marin County Jail, 13 Peter Behr Dr.
San Rafael, CA 94903



[4]

od. Dol.
THis mail was open
again on May 23, 2005

**EXHIBIT P**



PREVIOUSLY
OPENED
6/3/03
JK 1542

94903+5216 96

STATE OF CALIF BOARD OF CONTROL
GOVT CLAIMS DIV.
PO BOX 3035
SACRAMENTO CA 95812-3035



MAY 29 03

PB METER
7130062

U.S. POSTAGE

$ 0 3 7

**EXHIBIT Q**

**JAIL**       **MAI.. COUNTY SHERIFF'S DEPARTME.**

**DIVISION**       **PRISONER GRIEVANCE**

Prisoner's
Name   HOMER F. HAWKINS     Bkg. # A/5   Housing A/5 1
Received
From Prisoner:   Day THRS   Date 5/29/63   Time 0840   Deputy KANSANBACK Team C

Details of Grievance (Do **not** write on backside) _Once again I have to file a grievance_
_about my Legal mail being "OPEN". On May 7, 2003 State Board of Control_
_mail was Open "; " On May 20, 2003 Legal Aid of Marin mail was open ";_
_On May 20, 2003 Marin County Superior Court Mail was Open "; On May 22, 2003_
_Supreme Court of California Mail was Open"; And now the NORTHERN U._
_S. DISTRICT COURT (May 20, 2003) was Open to:_
_And all mail "LEGAL MAIL" must be opened in the [PRESENCE OF INMATES]_
_or it a "FEDERAL VIOLATION" and the mail Room must dent care about the law._
_[In re short (1976) 55 Cal. App. 3d 268, 272, 127 Cal. Rptr. 497] (California_
_Constitution [Cal. Const., art. I, §11]):_

**(Do not write below this line)**

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN
COUNTY JAIL, Civic Center San Rafael, CA 94903

Response
Line Officer: Name DEPUTY KANSANBACK   Team C   Date 5/29/63

**LEVEL I**

MARIN COUNTY JAIL POLICY ON LEGAL MAIL IS TO OPEN IN
THE PRESENCE OF THE INMATE. MY PERSONAL KNOWLEDGE ALL
DEPUTIES FOLLOW COUNTY POLICY.

Response
Shift Sgt.: Name J. NIESS   X377   Team C   Date 5/29/63

**LEVEL II**

A NOTICE WAS SENT TO ALL DEPUTIES REGARDING LEGAL MAIL.

Requires
Response: _____ Classification     _____ Medical     _____ Food Services     _____ Other:

**LEVEL III**

Response
Jail Cmdr. (Final Disposition) Legal MAIL MAY be opened by A Deputy ONLY IN The presence of
The INMATE To check FoR CONTRABAND. NOT To be Read by
The Deputy.
Facility Commander _____ Date 5-30-03

Distribution:
**White** – Admin     **Canary** – Prisoner (Final Disposition)     **Pink** – Prisoner (Initial Receipt)

**EXHIBIT R**

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

OPEN. MAIL BY Mrs, GILDA
June 4, 2003
A.M. 11:30

**EXHIBIT S**

Marin County Jail-Lar "0125199
13 Peter Behr, Dr.
San Rafael, Calif.
zip - 94903

**IN COUNTY JAIL**
**THIS MAIL**
nt from an inmate at the
County Jail, 13 Peter Behr
an Rafael CA 94903. The
have not been read and the
not responsible for its
is

LEGAL MAIL-CONFIDENTIAL

RETURNED TO SENDER    Postage $

SENDER: Remove label, affix correct postage and remail.

ATTN:
    JUDICIAL COUNCIL
THE SUPREME COURT OF THE
STATE OF CALIFORNIA
350 McALLISTER STREET
SAN FRANCISCO, CALIF.
zip - 94102-3600

Ds 5

WAS OPEN on
June 4, 2003
By GT2 Dq

Ronu Masdia

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 100%
RECYCLED PAPER, 30% POST-CONSUMER CONTENT

**EXHIBIT T**

## MARIN COUNTY JAIL
### Inmate Request Form

Route to: (cu... one or use blank space to write in their name)

1. **Housing Sergeant**                    2. Booking Sergeant
3. **Prisoner Services**                    4. Inmate Programs
5. Probation                                6. Public Defender
7. Education                                8. (other)_____

From: _Homer Hawkins_                       LAR #: _0125988_

Pod & Bed # or (Cell #) _Lock down # 12_           Dated: _5-2-03_

I am writing you about :

_I am writing this letter to your office to see_
_if I can send "Two" legal mail documents envelope's._
_I am incarcerated and do not have any fund's in_
_my account so that make me a indigent Inmate._
_Will you please assist me with these paperwork_

DO SORY

$ 1.98

### Property Release Request

I Authorize The Release Of The Items Of Property Listed Above

To: (NAME)                                (Their Signature)

(Inmates Signature)                       (Persons ID #)

Property Released By:          (Badge #)        (Date & Time)

### Do Not Write Below This Line

JAIL FORM 12/94

**EXHIBIT U**

JAIL

DIVISION

**MARIN COUNTY SHERIFF'S DEPARTMENT**

**PRISONER GRIEVANCE**

Prisoner's
Name _Henry HAWKINS (?)_                Bkg. #_1-v-down_ 1  Housing _A/c_ 1
Received
From Prisoner:    Day _FRI_    Date _05-09-03_  Time _2/45_  Deputy _RYD 1592_  Team _A1_

Details of Grievance (Do **not** write on backside) _The reason why I am writing this a_

_grievance form is because I have try many time to send out "LEGAL_

_Documents" but The "Prisoner Services" have "REFUSE" to send out my_

_mail because I was a "INDIGENT" Inmate. The "CONSTITUTIONAL LAW"_

_say I have the right's to access to the Courts "(U.S. Const., amend. XIV [Twelft_

_V. Mc Donnell (1974) 417 U.S. 539, 556, 94 S. Ct. 2963, 41 L. Ed. 2d 935]). An I_

_inmate as an "INDIGENT" prisoner the County Jail should take some Kind of access_

_[HOUFRSTEN V. SUPERIOR COURT of SAN LUIS OBISPO (1999) 74 Cal. App. 4th 636,_

_642 - 644, 87 Cal. Rptr. 2d 197]. And County Jailer Prisoner Services" should not delay_

_"LEGAL MAIL" (See Exparte Hull(1940) 312 U.S. 546,549, 61 S. Ct. 640, 72 L. Ed. 1034]); Please send!_

**(Do not write below this line)**

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN
COUNTY JAIL, Civic Center San Rafael, CA 94903

Response
Line Officer: Name _MEZOYD1592_                Team _A_      Date _05-09-03_

_REFER TO PRISONER SERVICES_

LEVEL I

Response
Shift Sgt.: Name_____  Team _____  Date _____

LEVEL II

Requires
Response: _____ Classification        _____ Medical        _____ Food Services    _____ Other:

Response
Jail Cmdr. (Final Disposition) _____

LEVEL III

Facility Commander _____ Date _____

Distribution:
**White** – Admin        **Canary** – Prisoner (Final Disposition)        **Pink** – Prisoner (Initial Receipt)

**EXHIBIT V**

## MARIN COUNTY JAIL
### Inmate Request Form

DS12

Route to: (circle one or use blank space to write in their name)

1. Housing Sergeant
3. Prisoner Services
5. Probation
7. Education

2. Booking Sergeant
4. Inmate Programs
6. Public Defender
8. (other) _____

From: _Homer Hawkins_                    LAR #: _0125988_

Pod & Bed # or (Cell #) _Lock down #5_

I am writing you about :

_I would like to see if I could have_

_a couple of copy to send to the "SUPREME COURT."_

_These are copy of "COURT OF APPEAL", SUPERSOR_

_COURT"._

_I am a "INDIGENT", person_

### Property Release Request

I Authorize The Release Of The Items Of Property Listed Above

| To: (NAME) | (Their Signature) | |
|---|---|---|
| (Inmates Signature) | | (Persons ID # ) |
| Property Released By: | (Badge #) | (Date & Time) |

### Do Not Write Below This Line

_Sorry we do not Zerox_

JAIL FORM 12/94

**EXHIBIT W**

H.HAWKINS: 5-16-03

JAIL                     MARIN COUNTY SHERIFF'S DEPARTMENT
DIVISION                        PRISONER GRIEVANCE

Prisoner's
Name   HOMER · HAWKINS                        Bkg. # Lockdown 1 A/s  Housing  A/s
Received
From Prisoner:   Day  SAT.   Date  5·18·03  Time  0800   Deputy  SDArman   Team  C

Details of Grievance (Do **not** write on backside) _The reason why I am writing this_

_Grievance is because I have try many time to request for copy and the_

_responds would Be that "SORRY WE DO NOT ZEROX". Plus I have_

_requested to take money off my account it need. But no answer_

_to give me. Even when I was a "INDIGENT" Inmate I thought_

_the "Prisoner Services" people was suspose to help out people with no_

_fund on their account in need of copy of "LEGAL WORK'S"._

_But still "NO"._

_I IS NOT FOR THE OFFICER TO MAKE COPY_


**(Do not write below this line)**

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN
COUNTY JAIL, Civic Center San Rafael, CA  94903

Response
Line Officer: Name  ASA roman 1362              Team  " C "  Date 5·17·03
REFER TO PRISONER SERVICES.

                              yes.


Response
Shift Sgt.: Name_____ Team_____ Date_____



Requires
Response: _____ Classification      _____ Medical      _____ Food Services    X Other: Pris.-
                                                                                        Services.

Response
Jail Cmdr. (Final Disposition) _____

                    Facility Commander _____ Date _____

Distribution:
**White** – Admin      **Canary** – Prisoner (Final Disposition)      **Pink** – Prisoner (Initial Receipt)

**EXHIBIT X**

JAIL
DIVISION

**MARIN COUNTY SHERIFF'S DEPARTMENT**
**PRISONER GRIEVANCE**

Prisoner's Name _HOMER E. HAWKINS (3.)_    Bkg. # _LOCK DOWN_ Housing _6_

Received From Prisoner: Day _MON_ Date _1-20-03_ Time _853_ Deputy _10100#1500_ Team _B_

Details of Grievance (Do **not** write on backside) _THE Reason why I am writing this grievance is because I have focus on a violation of my "ATTORNEY & Defendant", privacy rights. Last week my attorney came and saw me about represented defense; But when the light's started going on and off I turn my head & realize that a "CAMERA", was watching or Viewing our consultation talk's, Defendant Various constitutional boses support provide these right's "Under U.S. Const., amend. VI, right to absolute privacy [In re Qualls (1943) 57 Cal. App. 2d 330, 331, 136 P. 2d 341])._

_____

**(Do not write below this line)**

If you do not receive a reply within seven days, direct a letter to the JAIL COMMANDER, MARIN COUNTY JAIL, Civic Center San Rafael, CA 94903

Response Line Officer: Name _DEP. 10100 #1500_ Team _B_ Date _1-20-03_

_LITE 151 STATES YOU ARE ENTITLED "CONFIDENTIAL CONSULTATION WITH ATTORNEYS". THIS IS GIVEN TO ALL INMATES DURING THEIR VISITATIONS WITH ATTORNEYS. THE CAMERAS ARE TO MONITOR YOUR BEHAVIOR AND KNOW WHEN VISITS ARE OVER TO EXIT INMATE'S FROM THE VISITING ROOMS._

Response Shift Sgt.: Name _VISITING ROOMS_ Team _____ Date _____

_____

Requires Response: _____ Classification    _____ Medical    _____ Food Services    _____ Other:

_____

Response Jail Cmdr. (Final Disposition) _____

Facility Commander _____ Date _____

Distribution:
White – Admin    **Canary** – Prisoner (Final Disposition)    **Pink** – Prisoner (Initial Receipt)