

HOMER E. HAWKINS (3)
CDC #ID. C-55875
IRONWOOD STATE PRISON
P.O. Box - 2199
Blythe, CA.
Zip - 92226

ATTN:
OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA
ZIP - 94102

LEGAL MAIL