United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOMER E. HAWKINS,

      Plaintiff,

  v.

ROBERT DOYLE,
Marin County Sheriff; et al.,

      Defendants.

            /

No. C 07-5644 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 18, 2008

                                                    SUSAN ILLSTON
                                                  United States District Judge