**Form 5.**  **Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court or a Bankruptcy Appellate Panel**

United States District Court for the __NORTHERN__

District of __CALIFORNIA__

In re )
 )
_____ )
Debtor )
 )
__HOMER E. HAWKINS (3)__ )
Plaintiff ) File No. __CV-07-05644 (SI (pr))__
 )
v. )
 )
__ROBERT DOYLE, et al__ )
Defendant )

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY -1 2008

FILED _____
DOCKETED
F I L E D
MAY 0 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Appeal to United States Court of Appeals for the __NINTH__ Circuit

__HOMER E. HAWKINS (3)__, the plaintiff [or defendant or other party] appeals to the United States Court of Appeals for the __NINTH__ Circuit from the final judgment [or order or decree] of the district court for the district of __CALIFORNIA__ [or bankruptcy appellate panel or the __NINTH__ circuit], entered in this case on __APRIL 18__, 20__08__ [here describe the judgment, order, or decree] __ORDER OF DISMISSAL (No. C-07-5644)__.

The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated __April 29, 2008__
Signed __Homer E. Hawkins III__
Attorney for Appellant
Address: __P.O. Box = 2199__
__Blythe, CA. 92226__

(As added Apr. 25, 1989, eff. Dec. 1, 1989; Apr 1, 1993, eff. Dec. 1, 1993, eff. Dec. 1, 1994.)

- 183 -

RECEIVED
CATHY A. CATTERSON
U.S. COURT OF APPEALS

MAY 0 1 2008

FILED
DOCKETED
DATE    INITIAL

A-11 (rev. 5/00)                                                                Page 1 of 2



USCA DOCKET # (IF KNOWN)

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: NORTHERN | JUDGE: SUSAN ILSTO |
|---|---|---|
| ROBERT DOYLE, MARIN COUNTY SHERIff, et al. | DISTRICT COURT NUMBER: C-07-5644-SI(N) | |
| | DATE NOTICE OF APPEAL FILED: | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): No. 03-16301 SEE EXHIBIT'S (D) | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** SEE EXHIBIT'S (A)

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** SEE EXHIBIT (B)

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):** SEE EXHIBIT'S (A)(B)(C)

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☒ Possibility of settlement
☒ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
  (Specify) _The Honorable U.S. DISTRICT JUDGE [Mrs. SUSAN ILLSTON], did not follow the "NINTH CIRCUIT" order. See Exhibit (D)_
☒ Any other information relevant to the inclusion of this case in the Mediation Program
_The U.S. DISTRICT JUDGE "Mrs. SUSAN ILLSTON" sound Judgment was inconsistent with "NINTH CIRCUIT" MEMORANDUM, REVERSED, and REMANDED. See Exhibit's (A)(D)_
☒ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

- 185 -

## LOWER COURT INFORMATION
Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ Federal Question<br>☒ Diversity<br>☐ Other (Specify): | ☒ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☒ Default Judgment<br>☒ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☐ Summary Judgment<br>☐ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☒ Judgment as a Matter of Law<br>☐ Other (Specify): | ☒ Damages:<br>Sought $500,000<br>Awarded $ _____<br>☐ Injunctions:<br>  ☐ Preliminary<br>  ☐ Permanent<br>  ☐ Granted<br>  ☐ Denied<br>☐ Attorney Fees:<br>Sought $ _____<br>Awarded $ _____<br>☒ Pending<br>☐ Costs: $ _____ |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

_Homer E. Hawkins III_      _April 29, 2008_
Signature                                     Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: HOMER E. HAWKINS (3)

FIRM: PLAINTIFF - PRO. SE.

ADDRESS: P.O. Box = 2199 - IRONWOOD STATE PRISON
Blythe, California, zip - 92226

TELEPHONE:

FAX:

✱This Document Should Be Filed in The District Court With The Notice of Appeal✱
✱If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals✱