# EXHIBIT COVER PAGE $\boxed{A}$

EXHIBT

Description of this Exhibit:

Case No. $CV-07-05644-SI(pr)$

Number of pages to this Exhibit _____ **9** _____ pages.

## JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United State Supreme Court
- ☐ Grand Jury

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOMER E HAWKINS,

Plaintiff,

v.

ROBERT DOYLE, SHERIFF et al,

Defendant.

_____/

Case Number: CV07-05644 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homer Earl Hawkins
C-55875
Ironwood State Prison
PO Box 2199
Blythe, CA 92226

Dated: April 22, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

1

2

3

4

FILED

APR **28** 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

8  HOMER E. HAWKINS,

9  Plaintiff,

10  v.

11  ROBERT DOYLE,
Marin County Sheriff; et al.,

12

13  Defendants.

No. C 07-5644 SI (pr)

**JUDGMENT**

14

This action is dismissed without prejudice to plaintiff asserting his claims in an action for

15

which he pays the full filing fee at the time he files his complaint.

16

17

IT IS SO ORDERED AND ADJUDGED.

18

19

20  Dated: April 28, 2008

21

SUSAN ILLSTON
United States District Judge

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

FILED

APR 2 8 2008

RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOMER E. HAWKINS,

Plaintiff,

v.

ROBERT DOYLE,
Marin County Sheriff; et al.,

Defendants.

No. C 07-5644 SI (pr)

**ORDER OF DISMISSAL**

United States District Court
For the Northern District of California

On March 4, 2008, the court ordered plaintiff, Homer Hawkins, to show cause why this action should not be dismissed under 28 U.S.C. § 1915(g), which provides that a prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The order identified three prior dismissals that appeared to count under § 1915(g) and ordered Hawkins to show cause why pauper status should not be denied and this action dismissed. The order further stated that Hawkins also could avoid dismissal by paying the filing fee by the deadline. Order To Show Cause Re. Contemplated Dismissal, p. 3.

Hawkins did not pay the filing fees, did not show that any of the prior dismissals could not be counted under § 1915(g), and did not otherwise show cause why this case could not be dismissed in his response filed March 27, 2008. The court finds that the three prior dismissals identified in the order to show cause count as dismissals for purposes of § 1915(g). Hawkins

1  does not come within any exception to the applicability of § 1915(g).

2      Accordingly, Hawkins' in forma pauperis application is DENIED and this action is

3  dismissed pursuant to 28 U.S.C. § 1915(g). The dismissal is without prejudice to Hawkins

4  asserting his claims in an action for which he pays the full filing fee at the time he files his

5  complaint. The clerk shall close the file.

6      IT IS SO ORDERED.

7  Dated: April 1, 2008

SUSAN ILLSTON
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

HOMER E HAWKINS,

    Plaintiff,

v.

ROBERT DOYLE, SHERIFF et al,

    Defendant.
_____/

Case Number: CV07-05644 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homer Earl Hawkins
C-55875
Ironwood State Prison
PO Box 2199
Blythe, CA 92226

Dated: April 22, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

1

2

3    FILED

4    MAR ... 5 2008

5    UNITED STATES DISTRICT COURT

6    NORTHERN DISTRICT OF CALIFORNIA

7

8    HOMER E. HAWKINS,                           No. C 07-5644 SI (pr)

9         Plaintiff,                             **ORDER TO SHOW CAUSE RE.**
                                                 **CONTEMPLATED DISMISSAL**
10        v.

11   ROBERT DOYLE, Marin County Sheriff;
     et al.,
12
          Defendants.
13                                            /

14

15        Homer E. Hawkins seeks to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in

16   this action.

17        A prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the

18   prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought

19   an action or appeal in a court of the United States that was dismissed on the grounds that it is

20   frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the

21   prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Section

22   1915(g) requires that this court consider prisoner actions dismissed before, as well as after, the

23   statute's 1996 enactment. Tierney v. Kupers, 128 F.3d 1310, 1311-12 (9th Cir. 1997).

24        For purposes of a dismissal that may be counted under § 1915(g), the phrase "fails to state

25   a claim on which relief may be granted" parallels the language of Federal Rule of Civil

26   Procedure 12(b)(6) and carries the same interpretation, the word "frivolous" refers to a case that

27   is "'of little weight or importance: having no basis in law or fact,'" and the word "malicious"

28   refers to a case "filed with the 'intention or desire to harm another.'" Andrews v. King, 398 F.3d

1113, 1121 (9th Cir. 2005) (citation omitted). Only cases within one of these three categories can be counted as strikes for § 1915(g) purposes, so the mere fact that Hawkins has filed many cases does not alone warrant dismissal under § 1915(g). See id. Rather, dismissal of an action under § 1915(g) should only occur when, "after careful evaluation of the order dismissing an [earlier] action, and other relevant information, the district court determines that the action was dismissed because it was frivolous, malicious or failed to state a claim." Id.

Andrews requires that the prisoner be given notice of the potential applicability of § 1915(g), by either the district court or the defendants, but also requires the prisoner to bear the ultimate burden of persuasion that § 1915(g) does not bar pauper status for him. Id. Andrews implicitly allows the court to sua sponte raise the § 1915(g) problem, but requires the court to notify the prisoner of the earlier dismissals it considers to support a § 1915(g) dismissal and allow the prisoner an opportunity to be heard on the matter before dismissing the action. See id. at 1120. A dismissal under § 1915(g) means that a prisoner cannot proceed with his action as a pauper under § 1915(g), but he still may pursue his claims if he pays the full filing fee at the outset of the action.

A review of the dismissal orders in Hawkins' prior prisoner actions in this court reveals that Hawkins has had at least three such cases dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. Hawkins is now given notice that the court believes the following dismissals may be counted as dismissals for purposes of § 1915(g): (1) Hawkins v. Marin County Jail Commissioners, N. D. Cal. Case No. C 01-3288 SI (civil action dismissed for failure to state a claim upon which relief may be granted); (2) Hawkins v. Oakland County Officer's Local Governing Bodi, N. D. Cal. Case No. C 02-4608 SI (civil action dismissed for failure to state a claim upon which relief may be granted); and (3) Hawkins v. Marin Sheriff, N. D. Cal. Case No. C 03-2360 SI (civil rights action dismissed for failure to state a claim upon which relief may be granted). The court made its evaluation of these cases based on the dismissal orders in them. See Andrews, 398 F.3d at 1120 (sometimes the docket records may be sufficient, and sometime the actual court files may need to be consulted).

2

1     In light of these dismissals, and because Hawkins does not appear to be under imminent

2   danger of serious physical injury, he is ORDERED TO SHOW CAUSE in writing filed no later

3   than **April 11, 2008** why in forma pauperis should not be denied and this action should not be

4   dismissed pursuant to 28 U.S.C. § 1915(g).  In the alternative to showing cause why this action

5   should not be dismissed, Hawkins may avoid dismissal by paying the full $350.00 filing fee by

6   the deadline.

7     IT IS SO ORDERED.

8   Dated: March 7, 2008

SUSAN ILLSTON
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

3

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

HOMER E HAWKINS,

      Plaintiff,

v.

ROBERT DOYLE, SHERIFF et al,

      Defendant.

_____/

Case Number: CV07-05644 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homer Earl Hawkins
C-55875
Ironwood State Prison
PO Box 2199
Blythe, CA 92226

Dated: March 5, 2008

                        Richard W. Wieking, Clerk
                        By: Tracy Sutton, Deputy Clerk

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Case No. *CV-07-5644-SI(pr)* / *CLAIM No. CC 2007-005 #1-3* /
*CLAIM No. LO2-0073- No. LO7-0110*

Number of pages to this Exhibit ___*16*___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☒ Appellate Court
☐ State Supreme Court
☐ United States District Court
☒ State Circuit Court
☐ United State Supreme Court
☐ Grand Jury

1  HOMER E. HAWKINS (s)

2  CDC # ID. C-55875

3  IRONWOOD STATE PRISON

4  P.O. BOX = 2199

5  Blythe, CA. 92226

6

7       UNITED STATES DISTRICT COURT

8       NORTHERN DISTRICT OF CALIFORNIA

9

10  HOMER E. HAWKINS (3),              CASE No. C-07-5644 SI (pr)

11            Plaintiff,

12                                     REPLY; FROM ORDER TO

13  Vs.                                SHOW CAUSE RE:

14

15  ROBERT DOYLE, Marin

16  County Sheriff; et. al.,

17            Defendants.

18

19     Homer E. Hawkins seeks to proceed "In Forma Pauperis" pursuant to (28

20  U.S.C. § 1915) in this action.

21     Plaintiff inmate filed three actions in forma pauperis under 42 U.S.C. § §

22  1983 were and then dismissed for failure to state a claim by the district court. The

23  challenged/or reply pursuant to 28 U.S.C.S. § 1915 (9), the court is con-

24  templated or refused plaintiff in forma pauperis status.

25

26            CLAIM - A

27  28 U.S.C. §§ 1915 (e)(2), 1915A, and 1997 (e)(c)(1); See, e.g., Pena

28

1 | CASE No. C-07-5644 SI (pr)

2

3 | V. Gardner (9th Cir. 1992) 976 F. 2d 469; Barren V. Harrington (9th Cir. 1998)

4 | 152 F. 3d 1193. If a court, in deciding whether a complaint states an arguable

5 | issue, considers information outside the pleadings, the dismissal become a

6 | summary judgment proceeding and the plaintiff is entitled to an opportunity

7 | to respond. See Lucas V. California Dept. of Corrections (9th Cir. 1995) 66 F.

8 | 3d 245.

9

10 | CLAIM - B

11

12 | Plaintiff bring lawsuit against defendants, city, and officials, alleging

13 | that specific conditions at the city jail violated my constitutional rights. See

14 | Exhibit's # Complaint - (1), (2), (3).

15

16 | CLAIM - C

17

18 | Pre-Trial detainees are those individuals who the government has probable

19 | cause to believe have committed crimes. Gerstein v. Pugh, 420 U.S. 103, 114, 43 L.

20 | Ed. 2d 54, 95 S. Ct. 854 (1975). They are confined pending trial, either because

21 | there is cause to believe that they are dangerous or because they cannot afford to make

22 | bail. Unlike convicted prisoners, the state has no right to punish them. Bell V.

23 | Wolfish, 441 u.s. 520, 532-35, 60 L. Ed. 2d 447, 99 S. Ct. 1861 (1979). Their confine-

24 | ment conditions are analyzed under the Due Process Clause of the "FIFTH and

25 | FOURTEENTH AMENDMENTS" rather than the "EIGHTH AMENDMENTS" cruel

26 | and unusual punishment, standard which is used for convicted prisoners. The

27 | injuries detainees suffer must be necessarily incident to administrative interests

28

1 | CASE No. C-07-5644 SI (pr)

2

3 | in safety, security and efficiency. Constitutionally infirm practices are those that

4 | are punitive in intent, those that are not rationally related to a legitimate purpose

5 | or those that are rationally related but are excessive in light of their purpose. Id.

6 | at 538, n. 20. The length of a detainee confinement must also be considered in

7 | assessing the institution practices. Bell v. Wolfish, 441 U.S. at 555, n. 35; Hutto

8 | v. Finney, 437 U.S. 678, 686-87, 57 L. Ed. 2d 522, 98 S. Ct. 2565 (1978) reh'g

9 | denied, 439 U.S. 1122, 99 S. Ct. 1035, 59 L. Ed. 2d 83 (1979); Campbell v. Cauthron,

10 | 623 F. 2d 503, 507 (8th Cir. 1980).

11

12 | CLAIM - D

13

14 | Whether the law is clearly established depends on what would be apparent in

15 | each situation. Where an official could be expected to know that certain conduct

16 | would violate statutory or constitutional right, detendant should be made to

17 | hesitate. Harlow v. Fitzgerald, 457 U.S. at 819 (emphasis added).

18 | A Pre-Trial detainees have a substantial Due Process interest in effective

19 | communication with the counsel and in access to legal materials. When this interest

20 | is inadequately respected during pre-trial confinement, the ultimate fairness of

21 | this eventual trial can be compromised. (Campbell v. McGruder, 188 U.S. App. D.C.

22 | 258, 580 F. 2d 521, 531-32 (D.C. Cir. 1978) (statistical disparity in convictions

23 | even when other factors are controlled).

24

25 | CLAIM - E

26

27 | Plaintiff say the allegations alleges the forward reply is deprivation of

28

1  CASE No. C-07-5644 SI (pr)

2

3

4

5

6

7  I DECLARE UNDER PENALTY OF PERJURY THAT THE FORE-

8  GOING IS TRUE AND CORRECT :

9

10

11

12

13

14

15  Signed this 25 day of MARCH , 2008

16

17

18

19

20

21

22

23           Plaintiff Signature

24           HOMER E. HAWKINS (3)

25

26

27

28



# MARIN COUNTY SHERIFF'S OFFICE

3501 Civic Center Drive, Room 145 , San Rafael, CA 94903

*ROBERT T. DOYLE*
Sheriff
*DENNIS FINNEGAN*
Undersheriff

May 22, 2006

Homer E. Hawkins
C-55875 Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Re: Citizen Complaint, CC2007-005 #1-3

Dear Mr. Hawkins,

Please find enclosed the disposition letter from Captain David Augustus dated December, 5, 2007.

In regards to your request for a copy of the first page of each Complaint with the date received or filed and the report or tracking number, I have included a copy of your complaints numbered one through three. Complaint number one is dated as received October 18, 2007 with report number CC07-005.

Complaints number two and three were not dated when received. They also did not receive a case number as they were treated by our office as a continuation of the original complaint.

Sincerely,

ROBERT T. DOYLE
SHERIFF

SCOTT ANDERSON

Lt. Scott Anderson

Cc: Legal Aid of Marin
   Jean Bordon, Volunteer Attorney

AREA CODE 415

24-HOUR NUMBER
499-7233

FAX
507-4126

ADMINISTRATION
499-7250

CIVIL
499-7282

COMMUNICATION
SERVICES
499-7243

EMERGENCY
SERVICES
499-6584

INVESTIGATIONS
499-7265

JAIL
499-6655

MAJOR CRIMES
TASK FORCE
884-4878

PATROL
499-7233

RECORDS
499-7284

WARRANTS
499-7297

*"In Partnership with our Communities"*
www.marinsheriff.org      www.co.marin.ca.us



# MARIN COUNTY SHERIFF'S OFFICE

3501 Civic Center Drive, Room 145 , San Rafael, CA 94903

*ROBERT T. DOYLE*
Sheriff
*DENNIS FINNEGAN*
Undersheriff

December 5, 2007

Homer E. Hawkins, III
C-55875 Ironwood State Prison
P.O. Box 2199                                              AREA CODE 415
Blythe, CA.92226

                                                          24-HOUR NUMBER
Re: Citizen Complaint, CC2007-005 #1-3                       499-7233

                                                              FAX
Dear Mr. Hawkins,                                          507-4126

The investigation into your citizen complaint(s) has been completed pursuant to our     ADMINISTRATION
Administrative and Jail polices.  The complaint stated that your legal mail was             499-7250
opened not in your presence, staff failed to process your inmate grievances correctly
and you were denied legal services that is provided to indigent inmates.                     CIVIL
                                                                                          499-7282

The investigation that was conducted to the allegation of opening legal mail not in    COMMUNICATION
your presence was determined that this fact did occur.  It was further determined that      SERVICES
all policies and procedures in place for such occurrence were followed.   Albeit           499-7243
infrequent, the occasional opening of legal mail is almost unavoidable considering the
daily amount of mail to our facility. Oftentimes the mail in question is inadequately     EMERGENCY
marked contributing to the opening in error.                                               SERVICES
                                                                                          499-6584

Jail records indicate that your inmate grievances were processed in compliance with     INVESTIGATIONS
our jail policy.  I have read all three investigations that were conducted by a            499-7265
supervisor and reviewed by a jail commander.  Since these complaints have been
adjudicated through other processes and the investigation did not produced any new          JAIL
violations of policies or procedures, I have determined that this complaint to have no    499-6655
merit and all personnel **exonerated.**
                                                                                         MAJOR CRIMES
                                                                                          TASK FORCE
                                                                                          884-4878

                                                                                           PATROL
                                                                                          499-7233

                                                                                          RECORDS
                                                                                          499-7284

                                                                                          WARRANTS
                      *"In Partnership with our Communities"*                             499-7297
                              www.marinsheriff.org

Sincerely,

ROBERT T. DOYLE

David M. Augustus, Captain
Bureau of Detention Services


Cc: Legal Aid of Marin
    Jean Bordon, Volunteer Attorney



**SHERIFF'S OFFICE**
COUNTY OF MARIN
HALL OF JUSTICE, CIVIC CENTER
SAN RAFAEL, CALIFORNIA 94903

ADDRESS ALL
COMMUNICATIONS
TO THE SHERIFF

TELEPHONE
499-7233

| CITIZENS COMPLAINT REPORT | Report No. _CC07-005_ | Date Filed_____ |

**REPORTING PARTY**
_Homer E. Hawkins, III_

**NAME**  _C-55875    Ironwood State Prison_
_P.O. Box 2199    Blythe, CA 92226_
**HOME ADDRESS**                                          **PHONE NUMBER**

**BUSINESS ADDRESS**                                     **PHONE NUMBER**

**VICTIN OF MISCONDUCT (If different than reporting party)**
_same_
**NAME**

**HOME ADDRESS**                                          **PHONE NUMBER**

**BUSINESS ADDRESS**                                     **PHONE NUMBER**

**DATE/TIME OF INCIDENT**              **LOCATION**

**WITNESS(ES)**
_Please See Attachment to Citizen's Complaint #1_
**NAME**                          **ADDRESS**          **PHONE NUMBER**

**NAME**                          **ADDRESS**          **PHONE NUMBER**

**NAME OR DESCRIPTION OF SHERIFF'S EMPLOYEE WHO IS THE SUBJECT OF COMPLAINT**
_Please See Attachment to Citizen's Complaint #1_



**WAS ANY PARTY TO THE COMPLAINT, OR WITNESS, DETAINED OR INTERVIEWED BY THE SHERIFF'S DEPARTMENT?**
IF SO, WHOM_____ _Please See Attachment to Citizen's Complaint #1_

MAY THE INVESTIGATOR INTERVIEW THE COMPLAINT AT HIS/HER PLACE OF EMPLOYMENT? ☐YES ☐NO  _NA_

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZEN'S COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTEGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

Signature of reporting party_____ _Homer E. Hawkins III_

RECEIVING OFFICER
SIGNATURE _Endy_          BADGE NO. _1313_    DATE/TIME _10/11/07._



**SHERIFF'S OFFICE**
COUNTY OF MARIN
HALL OF JUSTICE, CIVIC CENTER
SAN RAFAEL, CALIFORNIA 94903

ADDRESS ALL
COMMUNICATIONS
TO THE SHERIFF

TELEPHONE
499-7233

| CITIZENS COMPLAINT REPORT | Report No. _____ | Date Filed____-_____ |
|---|---|---|

**REPORTING PARTY**
*Homer E. Hawkins, III*

**NAME**   *C-55875   Ironwood State Prison*
*P.O. Box 2199   Blythe, CA 92226*

**HOME ADDRESS**                                                   **PHONE NUMBER**

**BUSINESS ADDRESS**                                               **PHONE NUMBER**

**VICTIM OF MISCONDUCT (If different than reporting party)**
*same*
**NAME**

**HOME ADDRESS**                                                  **PHONE NUMBER**

**BUSINESS ADDRESS**                                              **PHONE NUMBER**

**DATE/TIME OF INCIDENT**                     **LOCATION**

**WITNESS(ES)**
*Please See Attachment   Citizen's Complaint #2*
**NAME**                        **ADDRESS**                   **PHONE NUMBER**

**NAME**                        **ADDRESS**                   **PHONE NUMBER**

**NAME OR DESCRIPTION OF SHERIFF'S EMPLOYEE WHO IS THE SUBJECT OF COMPLAINT**
*Please See Attachment   Citizen's Complaint #2*

**WAS ANY PARTY TO THE COMPLAINT, OR WITNESS, DETAINED OR INTERVIEWED BY THE SHERIFF'S DEPARTMENT?**
**IF SO, WHOM**   *Please See Attachment   Citizen's Complaint #2*

**MAY THE INVESTIGATOR INTERVIEW THE COMPLAINT AT HIS/HER PLACE OF EMPLOYMENT?**  ☐YES ☐NO  *NA*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZEN'S COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTEGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

Signature of reporting party___*Homer E. Hawkins III*___

**RECEIVING OFFICER**
**SIGNATURE** _____    **BADGE NO.**_____    **DATE/TIME**_____



**SHERIFF'S OFFICE**
COUNTY OF MARIN
HALL OF JUSTICE, CIVIC CENTER
SAN RAFAEL, CALIFORNIA 94903

ADDRESS ALL
COMMUNICATIONS
TO THE SHERIFF

TELEPHONE
499-7233

---

| CITIZENS COMPLAINT REPORT | Report No. _____ | Date Filed_____ |

**REPORTING PARTY**
*Homer E. Hawkins, III*

**NAME**   *C-55875   Ironwood State Prison*
*P.O. Box 2199   Blythe, CA 92226*

**HOME ADDRESS** | **PHONE NUMBER**

**BUSINESS ADDRESS** | **PHONE NUMBER**

**VICTIN OF MISCONDUCT (If different than reporting party)**
*same*

**NAME**

**HOME ADDRESS** | **PHONE NUMBER**

**BUSINESS ADDRESS** | **PHONE NUMBER**

**DATE/TIME OF INCIDENT** | **LOCATION**

**WITNESS(ES)**
*Please See Attachment Citizen's Complaint #3*

**NAME** | **ADDRESS** | **PHONE NUMBER**

**NAME** | **ADDRESS** | **PHONE NUMBER**

**NAME OR DESCRIPTION OF SHERIFF'S EMPLOYEE WHO IS THE SUBJECT OF COMPLAINT**
*Please See Attachment Citizen's Complaint #3*

**WAS ANY PARTY TO THE COMPLAINT, OR WITNESS, DETAINED OR INTERVIEWED BY THE SHERIFF'S DEPARTMENT?**
IF SO, WHOM____ *Please See Attachment Citizen's Complaint #3*

MAY THE INVESTIGATOR INTERVIEW THE COMPLAINT AT HIS/HER PLACE OF EMPLOYMENT? ☐YES ☐NO *NA*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE
CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZEN'S
COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND
AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT;
EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTEGATED IF YOU
BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY FINDINGS RELATING TO
COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE
A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT
IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

Signature of reporting party____ *Homer E. Hawkins III*

**RECEIVING OFFICER**
**SIGNATURE** _____ | **BADGE NO.**_____ | **DATE/TIME**_____

PATRICK K. FAULKNER
COUNTY COUNSEL

JACK F. GOVI
ASSISTANT COUNTY COUNSEL

DOROTHY R. JONES
JAMES G. FLAGEOLLET
CHIEF DEPUTIES

OUNTY COUNSEL OF MARIN COU'

3501 Civic Center Drive, Suite 303
San Rafael, California 94903-5222

(415) 499-6117

FAX (415) 499-3796
TDD (415) 499-6172

ALEXIS J. MCBRIDE
MARI-ANN G. RIVERS
RENEE GIACOMINI BREWER
DAVID L. ZALTSMAN
MICHELE KENO
NANCY STUART GRISHAM
JENNIFER M. W. VUILLERMET
THOMAS F. LYONS
BYRON K. TOMA
DEPUTIES



July 17, 2003

Homer Hawkins
c/o: Legal Aid of Marin
30 North San Pedro Road #220
San Rafael, CA 94903

### Re: CLAIMANT: HOMER HAWKINS  CLAIM NO. L02-0073

### NOTICE OF REJECTION OF CLAIM IN PART
### AND RETURN OF CLAIM WITHOUT ACTION IN PART
### (Government Code §§911.3 and 913)

**NOTICE IS HEREBY GIVEN** that the claim which you presented to the Board of Supervisors of the County of Marin on June 9, 2003, was timely only with respect to causes of action for damage accruing within six (6) months prior to the presentation of the claim. To the extent your claim was timely only, it was rejected on the above date by the Office of County Counsel, acting on behalf of the Board of Supervisors.

**NOTICE IS FURTHER GIVEN** that the County of Marin took no action on that portion of your claim, if any, which was not presented in the time allowed by law. To the extent your claim was not presented within six (6) months after the event or occurrence as required by law, it is being returned to you without action. See Government Code §§901 and 911.3.

Your only recourse at this time with respect to untimely claims is to apply without delay to the County of Marin for leave to present a claim. See Government Code §§911.4 to 912.2 inclusive, and §946.6. Under some circumstances, leave to present a late claim will be granted. See Government Code §911.6.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the U. S. Mail to file a court action as to those claims rejected by the County. See Government Code §945.6.

Please note that this notice is being sent pursuant to the requirements of the California Government Code and that the referenced six (6) months statute of limitations applies

Page 2

specifically to actions brought pursuant to the California Government Code. A different statute of limitations may apply to actions filed pursuant to Federal law.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

PATRICK K. FAULKNER
COUNTY COUNSEL

*Paulette Engler* / ʋm

PAULETTE ENGLER
Administrative Assistant
to the County Counsel

encl.
cc: Claims Adjuster

## PROOF OF SERVICE

**Claimant: Homer Hawkins**
**Claim No: L02-0073**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is County Counsel of Marin County, Suite 303, Civic Center, San Rafael, CA 94903. On July 17, 2003, I served the within document(s):

### NOTICE OF REJECTION OF CLAIM IN PART
### AND RETURN OF CLAIM WITHOUT ACTION IN PART

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐     by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

Homer Hawkins
c/o: Legal Aid of Marin
30 North San Pedro Road #220
San Rafael, CA 94903

I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 17, 2003, at San Rafael, California.

Jeanine Michaels

G:\Pc\claims\PROOF OF SERVICE

PATRICK K. FAULKNER
COUNTY COUNSEL

JACK F. GOVI
ASSISTANT COUNTY COUNSEL

DOROTHY R. JONES
JAMES G. FLAGEOLLET
CHIEF DEPUTIES

COUNTY COUNSEL OF MARIN COUNTY

3501 Civic Center Drive, Suite 303
San Rafael, California 94903-5222

(415) 499-6117

FAX (415) 499-3796
TDD (415) 499-6172

ALEXIS J. MCBRIDE
MARI-ANN G. RIVERS
RENEE GIACOMINI BREWER
DAVID L. ZALTSMAN
MICHELE KENO
NANCY STUART GRISHAM
JENNIFER M. W. VUILLERMET
THOMAS F. LYONS
BYRON K. TOMA
DEPUTIES

PAULETTE ENGLER
ADMINISTRATIVE ASSISTANT

RECEIVED
JUL 1 8 2003

July 17, 2003

Homer Hawkins
c/o Legal Aid of Marin
30 North San Pedro Road #220
San Rafael, CA 94903

### Re: CLAIMANT: HOMER HAWKINS  CLAIM NO. L01-0110

### NOTICE OF DENIAL OF APPLICATION FOR
### LEAVE TO FILE A LATE CLAIM
### (Government Code §911.4)

**NOTICE IS HEREBY GIVEN** that your application to present a late claim to the Board of
Supervisors of the County of Marin, received on June 9, 2003, was denied on the above date
by the County Counsel's Office, acting on behalf of the Board of Supervisors.

### WARNING

If you wish to file a court action on this matter, you must first petition the appropriate court
for an order relieving you from the provisions of Government Code §945.4 (claims
presentation requirement). See Government Code §946.6. Such petition must be filed with
the court within six (6) months from the date your application for leave to present a late claim
was denied.

You may seek the advice of an attorney of your choice in connection with this matter. If you
desire to consult an attorney, you should do so immediately.

PATRICK K. FAULKNER
COUNTY COUNSEL

Paulette Engler /jm

PAULETTE ENGLER
Administrative Assistant
to the County Counsel

encl.
cc: Claims Adjuster

## PROOF OF SERVICE

**Claimant: Homer Hawkins**
**Claim No: L01-0110**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is County Counsel of Marin County, Suite 303, Civic Center, San Rafael, CA 94903. On July 17, 2003, I served the within document(s):

### NOTICE OF DENIAL OF APPLICATION FOR
### LEAVE TO FILE A LATE CLAIM

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐     by causing personal delivery by (name of person) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

Homer Hawkins
c/o Legal Aid of Marin
30 North San Pedro Road #220
San Rafael, CA 94903

      I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 17, 2003, at San Rafael, California.

Jeanine Michaels

G:\Pc\claims\PROOF OF SERVICE