# EXHIBIT COVER PAGE

$\boxed{D}$

EXHIBT

Description of this Exhibit:

Case No. *03 - 16301*

Number of pages to this Exhibit ___*20*___ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☑ State Circuit Court
- ☐ United State Supreme Court
- ☐ Grand Jury

# FILED

MAY 18 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HOMER E. HAWKINS, | No. 03-16301 |
| Plaintiff - Appellant, | D.C. No. CV-03-02360-SI |
| v. | |
| MARIN SHERIFF; et al., | MEMORANDUM * |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Susan Yvonne Illston, District Judge, Presiding

Submitted May 9, 2005 **

Before: PREGERSON, CANBY and BERZON, Circuit Judges

This appeal challenges the district court's order dismissing appellant's civil

rights action without prejudice pursuant to 28 U.S.C. § 1915(g) on the grounds that

---

* This disposition is not appropriate for publication and may not be cited
to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

** This panel unanimously finds this case suitable for decision without
oral argument. *See* Fed. R. App. P. 34(a)(2).

S:\PROSE\panelords\2005\5.05\May9\03-16301.wpd

03-16301

appellant had three or more "strikes" arising from prior dismissals of civil actions

for failure to state a claim.  Upon review of the record and the opening brief, we

hereby summarily reverse the district court's dismissal because one of the prior

dismissals relied on by the district court was the denial of a habeas corpus petition,

which does not count as a "strike" for purposes of section 1915(g).  *See Andrews v.*

*King*, 398 F.3d 1113, 1122 (9th Cir. 2005)  Consequently, this appeal is remanded

to the district court for further proceedings consistent with our decision in

*Andrews*.

**REVERSED and REMANDED.**

Search for Case   View Print Full Docket 

If you view the full docket online, you will be charged for 7 Pages    $ 0.56

## US Court of Appeals for the Ninth Circuit
## Case Summary

Court of Appeals Docket #: 03-16301                    Filed: 7/16/03
Nsuit: 3555  Prison Condition (Fed)
Hawkins v. Marin Sheriff, et al
Appeal from: Northern District of California (San Francisco)

Lower court information:
     District: 0971-3 : CV-03-02360-SI
     presiding judge: Susan Yvonne Illston, District Judge

5/24/04        Rec'd aples' ltr dated 5/19/04 in response to court's order
               filed 4/23/04 re: will not be responding to appeal to (PRO
               SE). [03-16301] (jr) [03-16301]

6/16/04        Rec'd aplt's document entitled "Affidavit, Suppl Complaint"
               to (PRO SE). [03-16301] (jr) [03-16301]

7/20/04        Filed order (Deputy Clerk: jmr/PRO SE) this appeal is held
               in abeyance pending disposition of Andrews v. King, CA #
               02-17440 or until further order of the court. The clk shall
               serve this order on the aplt and Francis T. Grunder, Senior
               AAG, State of CA, Dept. of Justice, 455 Golden Gate Ave.,
               Ste. 11000, S.F., CA 94102-7004. [03-16301] (jr)
               [03-16301]

10/22/04       Rec'd ntc of chg of address from aplt and request for
               status of case dated 10/19/04. Copy of dkt sent to aplt.
               [03-16301] (jr) [03-16301]

12/8/04        Rec'd notice of change of address from Appellant Homer E.
               Hawkins, dated 12/06/04. (new address: 5134 Camden Avenue,
               Oakland, Ca 94619) (CASEFILE)  [03-16301] (sm)
               [03-16301]

12/28/04       Rec'd notice of change of address from Appellant Homer E.
               Hawkins dated 12/26/04. (new address:1563 Hamilton Street,
               Palo Alto, CA 94302)(CASEFILE)  [03-16301] (sm)
               [03-16301]

1/19/05        Rec'd ntc of chg of address from aplt to 1965 Manhattan
               St., #6 - E. Palo Alto, CA 94303 dated 1/18/05.  [03-16301]
               (jr) [03-16301]

5/18/05        FILED MEMORANDUM DISPOSITION: REVERSED and REMANDED.
               (Terminated on the Merits after Submission Without Oral
               Hearing; Reversed; Written, Unsigned, Unpublished. Harry
               PREGERSON, William C. CANBY, Marsha S. BERZON) FILED AND
               ENTERED JUDGMENT.   [03-16301] (jr) [03-16301]

6/9/05         MANDATE ISSUED [03-16301] (jr) [03-16301]

6/23/05        Rec'd ntc of chg of address from aplt to Redwood City jail
                dated 6/20/05 to 300 Bradford St. - Redwood City, CA

94063.  [03-16301] (jr) [03-16301]



   •     ·

         Defendant - Appellee       (See above)

JAIL COMMANDER            No appearance
         Defendant - Appellee       (See above)

THE OFFICER'S EMPLOYEE'S     No appearance
         Defendant - Appellee       (See above)

Docket as of July 11, 2005 11:16 pm        Page 2

---

03-16301 Hawkins v. Marin Sheriff, et al

HOMER E. HAWKINS

            Plaintiff - Appellant

  v.

MARIN SHERIFF; CHIEF OF POLICE; JAIL COMMANDER; THE
OFFICER'S EMPLOYEE'S

            Defendants - Appellees

Docket as of July 11, 2005 11:16 pm        Page 3

---

03-16301 Hawkins v. Marin Sheriff, et al

| | |
|---|---|
| 7/16/03 | DOCKETED CAUSE AND ENTERED APPEARANCE OF APPELLANT IN PRO PER AND NO APPEARANCE FOR APPELLEES. CADS SENT (Y/N): No. setting schedule as follows: Fee payment is due 7/30/03 ; appellant's opening brief is due 8/25/03. [03-16301] (ru) [03-16301] |
| 7/24/03 | Rec'd aplt's brf in 0 copies of 2 pages (Informal: yes) w/copy of DC jdgment and order. Deficient; pages 3-5 are missing and no copies. Notified aplt. [03-16301] (jr) [03-16301] |
| 7/24/03 | Filed aplt's motion to proceed in fp [03-16301] to (MOATT). [4807083] [03-16301] (jr) [03-16301] |
| 8/4/03 | Filed order (Deputy Clerk: cb/PRO MO) aplt has submitted the 2 missing pages of the brf. The clk shall make the addl copies. Court records do not reflect that aplt satisfied the fee requirement. Within 21 days form the date of this order, aplt shall either 1) pay the $105 fee to the DC and provide this court with verification of payment, or 2) move this court for leave to proceed in fp. Failure to address the fee status in a timely fashion will result in dismissal under 9th Cir.R. 42-1 without further ntc. The previously submitted brf will be filed if aplt pays the fee or is granted pauper status. As there is no appearance for aples, this case will be ready for calendaring upon the filing of |

the opening brf.  [03-16301] (jr) [03-16301]

8/8/03        Rec'd aplt's affidavit in support of motion to proceed in
              fp [4807083-1] to (MOATT). [03-16301] (jr) [03-16301]

8/28/03       Rec'd aplt's 2nd affidavit in support of motion to proceed
              in fp [4807083-1] to (MOATT). [03-16301] (jr)
              [03-16301]

Docket as of July 11, 2005 11:16 pm              Page 4

---

03-16301 Hawkins v. Marin Sheriff, et al

10/20/03      Filed order (Appellate Commissioner) Appellant's motion for
              leave to proceed in forma pauperis is GRANTED. Pursuant to
              28 U.S.C. 1915(b)(1) and (2), however, appellant eventually
              must pay the full amount of the filing and docketing fees
              for this appeal. Accordingly, within 21 days of the filing
              date of this order, appellant shall complete and file with
              this court the enclosed authorization form, which directs
              the prison officials at appellant's institution to assess,
              collect and forward to the court the $105.00 filing and
              docketing fees for this appeal on a monthly basis whenever
              funds exist in appellant's trust fund account. These fees
              will continue to be collected regardless of the date or
              manner of disposition of this appeal. See 28 U.S.C.
              1915(b)(2), (e)(2). If appellant fails to file the
              completed authorixation form, the clerk shall dismiss this
              appeal for failure tp prosecute. See 9th Cir.R. 42-1. If
              appellant files the completed authorization form, the
              opening brief will be due 11/21/03; the answering brief
              will be due 12/22/03; the optional reply brief will be due
              within 14 days after service of the answering brief.
              Because appellant is a prisoner proceeding in forma
              pauperis and is not represented by counsel, appellant is
              not required to file excerpts of record. See 9t Cir.R.
              24-1. [4807083-1]  ( MOATT)  [03-16301] (sm)
              [03-16301]

11/7/03       Filed order MOATT (PJE) On 10/20/03, this court GRANTED
              leave to proceed in forma pauperis, provided that he
              completes the authorization form. If appellant fails to
              file the completed authorization form, the clerk shall
              dismiss this appeal for failure to prosecute. See 9th
              Cir.R. 42-1. If appellant files the completed authorization
              form, the clerk shall file the opening brief received on
              07/24/03, and the supplement received on 08/04/03. Because
              appellant is a prisoner proceeding in forma pauperis and is
              not represented by counsel, appellant is not required to
              file excerpts of record. See 9th Cir.R. 24-1. Since there
              is not appearance for appellees, this case will be ready
              for calendaring upon the filing of the opening brief.
              [4807083-1]  [03-16301] (sm) [03-16301]

11/7/03       Rec'd PLRA authorization response from aplt granting
              permission for funding under the Prisoner Litigation Reform

Act (Date: 11/3/03) to (MOATT). [03-16301] (jr)
[03-16301]

11/7/03     Filed original and 7 copies aplt's opening brf (Informal:
            yes) of 12 pages w/copy of jdgment (DC dkt not included).
            [03-16301] (jr) [03-16301]

11/10/03    No aple's brf will be filed in this case. Case ready for
            inventory. [03-16301] (jr) [03-16301]

1/2/04      Calendar check performed [03-16301] (th) [03-16301]

Docket as of July 11, 2005 11:16 pm                    Page 5

---

03-16301 Hawkins v. Marin Sheriff, et al

1/5/04      FILED CERTIFIED RECORD ON APPEAL: 1 CLERK'S
            RECORD.(ORIGINAL) [03-16301] (sd) [03-16301]

4/1/04      SUBMITTED TO SCREENING PANEL 375. ( Oral) [03-16301]
            [03-16301] (th) [03-16301]

4/23/04     Filed order (Deputy Clerk: jmr/PRO SE) appointment of pro
            bono csl in this appeal would benefit the court's review.
            The clk shall enter an order appointing pro bono csl to
            represent aplt for purposes of this appeal only. Pro bono
            csl shall prepare suppl brfing that will be submitted along
            with aplt's brf to the judges deciding this appeal and
            shall appear at oral argument. The clk shall establish a
            suppl brfing schedule. If aplt objects to the court's
            appointment of csl in this appeal, aplt shall file an
            objection within 14 days from the date of entry of this
            order. The clk shall serve a copy of this order on the AG
            for the State of CA, P.O. Box 944255, Sacramento, CA
            94244-2550, who is requested either to enter an appearance
            in this appeal for the purpose of filing suppl brfs and
            participating at oral argument, or to file an amicus curiae
            brf and to appear for oral argument. The AG is requested to
            notify this court in writing within 21 days from entry of
            this order whether the AG will appear on behalf of the aple
            or as amicus curiae. The appeal is stayed pending further
            order. [03-16301] (jr) [03-16301]

4/23/04     Removed from screening calendar. [03-16301] [03-16301] (th)
            [03-16301]

5/10/04     Received letter dated 5/7/04 from Frances T. Grunder for
            State of Calif thanking the court for the invitation to
            file a brief but declines but has forwarded the request to
            County Counsel's office. (PRO SE) [03-16301] (dg)
            [03-16301]

5/24/04     Rec'd aples' ltr dated 5/19/04 in response to court's order,
            filed 4/23/04 re: will not be responding to appeal to (PRO
            SE). [03-16301] (jr) [03-16301]

6/16/04        Rec'd aplt's document entitled "Affidavit, Suppl Complaint"
               to (PRO SE). [03-16301] (jr) [03-16301]

7/20/04        Filed order (Deputy Clerk: jmr/PRO SE) this appeal is held
               in abeyance pending disposition of Andrews v. King, CA #
               02-17440 or until further order of the court. The clk shall
               serve this order on the aplt and Francis T. Grunder, Senior
               AAG, State of CA, Dept. of Justice, 455 Golden Gate Ave.,
               Ste. 11000, S.F., CA 94102-7004. [03-16301] (jr)
               [03-16301]

Docket as of July 11, 2005 11:16 pm               Page 6

---

03-16301 Hawkins v. Marin Sheriff, et al

10/22/04       Rec'd ntc of chg of address from aplt and request for
               status of case dated 10/19/04. Copy of dkt sent to aplt.
               [03-16301] (jr) [03-16301]

12/8/04        Rec'd notice of change of address from Appellant Homer E.
               Hawkins, dated 12/06/04. (new address: 5134 Camden Avenue,
               Oakland, Ca 94619) (CASEFILE)  [03-16301] (sm)
               [03-16301]

12/28/04       Rec'd notice of change of address from Appellant Homer E.
               Hawkins dated 12/26/04. (new address:1563 Hamilton Street,
               Palo Alto, CA 94302)(CASEFILE)  [03-16301] (sm)
               [03-16301]

1/19/05        Rec'd ntc of chg of address from aplt to 1965 Manhattan
               St., #6 - E. Palo Alto, CA 94303 dated 1/18/05.  [03-16301]
               (jr) [03-16301]

5/18/05        FILED MEMORANDUM DISPOSITION: REVERSED and REMANDED.
               (Terminated on the Merits after Submission Without Oral
               Hearing; Reversed; Written, Unsigned, Unpublished. Harry
               PREGERSON, William C. CANBY, Marsha S. BERZON) FILED AND
               ENTERED JUDGMENT.   [03-16301] (jr) [03-16301]

6/9/05         MANDATE ISSUED [03-16301] (jr) [03-16301]

6/23/05        Rec'd ntc of chg of address from aplt to Redwood City jail
                dated 6/20/05 to 300 Bradford St. - Redwood City, CA
               94063. [03-16301] (jr) [03-16301]

Docket as of July 11, 2005 11:16 pm               Page 7

---

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 08/18/2005 09:05:42 |||
| PACER Login: | ████ | Client Code: hawkins |
| Description: | dkt report | Case Number: 03-16301 |

| Billable Pages: | 7 | Cost: | 0.56 |
|---|---|---|---|

**3:03-cv-02360-SI** Hawkins v. Marin Sheriff et al
Susan Illston, presiding
**Date filed:** 05/20/2003 **Date of last filing:** 09/20/2005

# Case Summary

**Office:** San Francisco
**Jury Demand:** None
**Nature of Suit:** 555
**Jurisdiction:** Federal Question
**County:** Marin
**Origin:** 3
**Lead Case:**
**Related Case:**
**Def Custody Status:**
**Flag:** REOPEN

**Filed:** 05/20/2003
**Demand:**
**Cause:** 42:1983 Prisoner Civil Rights
**Disposition:**
**Terminated:**
**Reopened:** 06/14/2005
None
None

**Other Court Case:** None

Plaintiff **Homer E. Hawkins**
Defendant **Marin Sheriff**
Defendant **Chief of Police**
Defendant **Jail Commander**
Defendant **The Officer's Employee's**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/26/2005 10:33:30 | | |
| **PACER Login:** | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** 3:03-cv-02360-SI |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

REOPEN

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-02360-SI

Hawkins v. Marin Sheriff et al
Assigned to: Hon. Susan Illston
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/20/2003
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison
Condition
Jurisdiction: Federal Question

**Plaintiff**

**Homer E. Hawkins**

represented by **Homer E. Hawkins**
San Mateo County Main Jail
6E-22 #1113027
300 Bradford Street
Redwood City, CA 94063
PRO SE

V.

**Defendant**

**Marin Sheriff**

**Defendant**

**Chief of Police**

**Defendant**

**Jail Commander**

**Defendant**

**The Officer's Employee's**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2005 | 18 | Civil Local Rules and Federal Rules of Civil Procedure by Homer E. Hawkins. (ys, COURT STAFF) (Filed on 9/20/2005) (Entered: 09/21/2005) |
| 08/31/2005 | 17 | Letter dated 8/29/05 from Homer E. Hawkins to the Court re the letter of a change of address to Ninth Circuit. (ys, COURT STAFF) (Filed on 8/31/2005) (Entered: 08/31/2005) |
| 07/11/2005 | 16 | CERTIFICATE OF SERVICE by Homer E. Hawkins re [13] USCA Judgment (ys, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| | | |

| 06/27/2005 | 15 | Mail Returned as Undeliverable re [14] Mandate of USCA. Mail sent to plaintiff Homer E. Hawkins. Remailed to address from proof of service of USCA's order. (ys, COURT STAFF) (Filed on 6/27/2005) (Entered: 07/01/2005) |
|---|---|---|
| 06/14/2005 | 14 | CLERKS Letter Spreading Mandate to Counsel re [7] Notice of Appeal. Reversed and Remanded. (ys, COURT STAFF) (Filed on 6/14/2005) (Entered: 06/17/2005) |
| 06/14/2005 | 13 | USCA JUDGMENT as to [7] Notice of Appeal: the judgment of the USDC for the Northern District of California (San Francisco) is REVERSED and REMANDED. (ys, COURT STAFF) (Filed on 6/14/2005) (Entered: 06/17/2005) |
| 01/09/2004 | 12 | Receipt/Acknowledgment from USCA of the original case file. (ys, COURT STAFF) (Filed on 1/9/2004) (Entered: 01/13/2004) |
| 12/29/2003 | | Certified and Transmitted Record on Appeal to US Court of Appeals re [7] Notice of Appeal (ys, COURT STAFF) (Filed on 12/29/2003) (Entered: 12/30/2003) |
| 11/12/2003 | 11 | ORDER of USCA re appeal [7] : *If appellant fails to file the completed authorization form, the Clerk shall dismiss this appeal for failure to prosecute. If appellant files the completed authorization form, the Clerk shall file the opening brief received on 7/24/03, and the supplemental received on 8/4/03. Because appellant is a prisoner proceeding in forma pauperis and is not represented by counsel, appellant is not required to file excerpts of record. Since there is no appearance by appellees, this case will be ready for calendaring upon the filing of the opening brief.* (ys, COURT STAFF) (Entered: 11/13/2003) |
| 10/31/2003 | 10 | ORDER of USCA re appeal [7] : *Appellant's motion for leave to proceed in forma pauperis on appeal is granted. Appellant eventually must pay the full amount of the filing and docketing fees for this appeal. Accordingly, within 21 days of the filing date of this order, appellant shall complete and file with this court the enclosed authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $105.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. If appellant fails to file the completed authorization form, the Clerk shall dismiss this appeal for failure to prosecute. If appellant files the completed authorization form, the opening brief will be due 11/21/03; the answering brief will be due 12/22/03; the optional reply brief will be due within 14 days after service of the answering brief. Because appellant is a prisoner proceeding in forma pauperis and is not represented by counsel, appellant is not required to file experts of record.* (ys, COURT STAFF) (Entered: 11/03/2003) |
| 07/18/2003 | | USCA Case Number re appeal [7]. USCA Case #03-16301 (ys, ) (Entered: 07/18/2003) |

| 07/14/2003 | 9 | Request for IFP/Prisoner Trust Fund Account Statement on APPEAL by pro se Homer E. Hawkins. (ys, ) (Entered: 07/14/2003) |
| 07/11/2003 | 8 | Letter *dated 7/9/03* from Homer E. Hawkins to the Court requesting a certification of funds application. (ys, ) (Entered: 07/11/2003) |
| 07/08/2003 | | Appeal Remark : *Mailed request for docket fee payment* (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | | Appeal Remark : *Docket fee notification form and case information sheet to USCA* (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re appeal [6], [5] (ys, ) (Entered: 07/08/2003) |
| 07/02/2003 | 7 | NOTICE OF APPEAL re [6], [5] by pro se Homer E. Hawkins. () (ys, ) (Entered: 07/08/2003) |
| 06/09/2003 | 6 | JUDGMENT: This action is dismissed without prejudice to plaintiff making the same allegations in a complaint for which he pays the full filing fee at the time of filing complaint . Signed by Judge Susan Illston on 6/9/03. (ys, ) (Entered: 06/10/2003) |
| 06/09/2003 | 5 | ORDER DISMISSING CASE. Denying [3] the request to proceed in forma pauperis, denying [4] motion for appointment of counsel. Signed by Judge Susan Illston on 6/9/03. (ys, ) (Entered: 06/10/2003) |
| 06/04/2003 | 4 | Affidavit, in support of Motion in proceed in forma pauperis and for MOTION to Appoint Counsel/Attorney: to Amend (civil action/lawsuit): an order compelling discovery : Request for Production of Documetns filed by pro se Homer E. Hawkins. (ys, ) (Entered: 06/05/2003) |
| 06/02/2003 | 3 | MOTION for Leave to Proceed in forma pauperis filed by pro se Homer E. Hawkins. (ys, ) (Entered: 06/03/2003) |
| 05/20/2003 | 2 | CLERK'S NOTICE re: completion of in forma pauperis affidavit or payment of filing fee due within 30 days (ys, ) (Entered: 05/20/2003) |
| 05/20/2003 | 1 | COMPLAINT *no process;* against Chief of Police, Jail Commander, Marin Sheriff, The Officer's Employee's (). Filed by pro se Homer E. Hawkins. (ys, ) (Entered: 05/20/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/26/2005 10:34:29 | | |
| **PACER Login:** | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** 3:03-cv-02360-SI |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

**3:03-cv-02360-SI** Hawkins v. Marin Sheriff et al
Susan Illston, presiding
**Date filed:** 05/20/2003 **Date of last filing:** 09/20/2005

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 18 | *Filed:* *Entered:* | 09/20/2005 09/21/2005 | ◐ Received Document |
| 17 | *Filed & Entered:* | 08/31/2005 | ◐ Letter |
| 16 | *Filed:* *Entered:* | 07/11/2005 07/12/2005 | ◐ Certificate of Service |
| 15 | *Filed:* *Entered:* | 06/27/2005 07/01/2005 | ◐ Mail Returned |
| 13 | *Filed:* *Entered:* | 06/14/2005 06/17/2005 | ◐ USCA Judgment |
| 14 | *Filed:* *Entered:* | 06/14/2005 06/17/2005 | ◐ Clerks Letter Spreading Mandate |
| 12 | *Filed:* *Entered:* | 01/09/2004 01/13/2004 | ◐ Receipt |
| -- | *Filed:* *Entered:* | 12/29/2003 12/30/2003 | ◐ Appeal Record Sent to USCA |
| 11 | *Filed:* *Entered:* | 11/12/2003 11/13/2003 | ◐ USCA Order |
| 10 | *Filed:* *Entered:* | 10/31/2003 11/03/2003 | ◐ USCA Order |
| -- | *Filed & Entered:* | 07/18/2003 | ◐ USCA Case Number |
| 9 | *Filed & Entered:* | 07/14/2003 | ◐ Prisoner Trust Fund Account Statement |
| 8 | *Filed & Entered:* | 07/11/2003 | ◐ Letter |
| -- | *Filed & Entered:* | 07/08/2003 | ◐ Transmission of Notice of Appeal and Docket Sheet to USCA |
| -- | *Filed & Entered:* | 07/08/2003 | ◐ Appeal Remark |
| -- | *Filed & Entered:* | 07/08/2003 | ◐ Appeal Remark |
| 7 | *Filed:* *Entered:* | 07/02/2003 07/08/2003 | ◐ Notice of Appeal |
| 5 | *Filed:* *Entered:* | 06/09/2003 06/10/2003 | ◐ Order Dismissing Case |
| 6 | *Filed:* *Entered:* | 06/09/2003 06/10/2003 | ◐ Judgment |
| 4 | *Filed:* *Entered:* *Terminated:* | 06/04/2003 06/05/2003 06/09/2003 | ◐ Motion to Appoint Counsel |
| | *Filed:* | 06/02/2003 | ◐ Motion for Leave to Proceed in forma pauperis |

| 3 | *Entered:*<br>*Terminated:* | 06/03/2003<br>06/09/2003 | |
|---|---|---|---|
| 1 | *Filed & Entered:* | 05/20/2003 | ◑ Complaint |
| 2 | *Filed & Entered:* | 05/20/2003 | ◑ Clerks Notice |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/26/2005 10:35:35 | | | |
| **PACER Login:** | ▬ | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:03-cv-02360-SI |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**3:03-cv-02360-SI** Hawkins v. Marin Sheriff et al
Susan Illston, presiding
**Date filed:** 05/20/2003 **Date of last filing:** 07/11/2005

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 05/20/2003 | ❍ Complaint |
| 2 | *Filed & Entered:* | 05/20/2003 | ❍ Clerks Notice |
| 3 | *Filed:* *Entered:* *Terminated:* | 06/02/2003 06/03/2003 06/09/2003 | ❍ Motion for Leave to Proceed in forma pauperis |
| 4 | *Filed:* *Entered:* *Terminated:* | 06/04/2003 06/05/2003 06/09/2003 | ❍ Motion to Appoint Counsel |
| 5 | *Filed:* *Entered:* | 06/09/2003 06/10/2003 | ❍ Order Dismissing Case |
| 6 | *Filed:* *Entered:* | 06/09/2003 06/10/2003 | ❍ Judgment |
| 7 | *Filed:* *Entered:* | 07/02/2003 07/08/2003 | ❍ Notice of Appeal |
| -- | *Filed & Entered:* | 07/08/2003 | ❍ Transmission of Notice of Appeal and Docket Sheet to USCA |
| -- | *Filed & Entered:* | 07/08/2003 | ❍ Appeal Remark |
| -- | *Filed & Entered:* | 07/08/2003 | ❍ Appeal Remark |
| 8 | *Filed & Entered:* | 07/11/2003 | ❍ Letter |
| 9 | *Filed & Entered:* | 07/14/2003 | ❍ Prisoner Trust Fund Account Statement |
| -- | *Filed & Entered:* | 07/18/2003 | ❍ USCA Case Number |
| 10 | *Filed:* *Entered:* | 10/31/2003 11/03/2003 | ❍ USCA Order |
| 11 | *Filed:* *Entered:* | 11/12/2003 11/13/2003 | ❍ USCA Order |
| -- | *Filed:* *Entered:* | 12/29/2003 12/30/2003 | ❍ Appeal Record Sent to USCA |
| 12 | *Filed:* *Entered:* | 01/09/2004 01/13/2004 | ❍ Receipt |
| 13 | *Filed:* *Entered:* | 06/14/2005 06/17/2005 | ❍ USCA Judgment |
| 14 | *Filed:* *Entered:* | 06/14/2005 06/17/2005 | ❍ Clerks Letter Spreading Mandate |
| 15 | *Filed:* *Entered:* | 06/27/2005 07/01/2005 | ❍ Mail Returned |
| | *Filed:* | 07/11/2005 | ❍ Certificate of Service |

16  *Entered:*          07/12/2005

| PACER Service Center |  |  |  |
|---|---|---|---|
| Transaction Receipt |  |  |  |
| 08/18/2005 08:48:56 |  |  |  |
| PACER Login: | ████ | Client Code: | hawkins |
| Description: | History/Documents | Search Criteria: | 3:03-cv-02360-SI |
| Billable Pages: | 1 | Cost: | 0.08 |

REOPEN

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-02360-SI

Hawkins v. Marin Sheriff et al
Assigned to: Hon. Susan Illston
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/20/2003
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

## **Plaintiff**

**Homer E. Hawkins**

represented by  **Homer E. Hawkins**
San Mateo County Main Jail
6E-22 #1113027
300 Bradford Street
Redwood City, CA 94063
PRO SE

V.

## **Defendant**

**Marin Sheriff**

## **Defendant**

**Chief of Police**

## **Defendant**

**Jail Commander**

## **Defendant**

**The Officer's Employee's**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/20/2003 | 1 | COMPLAINT *no process;* against Chief of Police, Jail Commander, Marin Sheriff, The Officer's Employee's (). Filed by pro se Homer E. Hawkins. (ys, ) (Entered: 05/20/2003) |
| 05/20/2003 | 2 | CLERK'S NOTICE re: completion of in forma pauperis affidavit or payment of filing fee due within 30 days (ys, ) (Entered: 05/20/2003) |
| 06/02/2003 | 3 | MOTION for Leave to Proceed in forma pauperis filed by pro se Homer E. Hawkins. (ys, ) (Entered: 06/03/2003) |
| 06/04/2003 | 4 | Affidavit, in support of Motion in proceed in forma pauperis and for MOTION to Appoint Counsel/Attorney: to Amend (civil action/lawsuit): |

| | | |
|---|---|---|
| | | an order compelling discovery : Request for Production of Documetns filed by pro se Homer E. Hawkins. (ys, ) (Entered: 06/05/2003) |
| 06/09/2003 | 5 | ORDER DISMISSING CASE. Denying [3] the request to proceed in forma pauperis, denying [4] motion for appointment of counsel. Signed by Judge Susan Illston on 6/9/03. (ys, ) (Entered: 06/10/2003) |
| 06/09/2003 | 6 | JUDGMENT: This action is dismissed without prejudice to plaintiff making the same allegations in a complaint for which he pays the full filing fee at the time of filing complaint . Signed by Judge Susan Illston on 6/9/03. (ys, ) (Entered: 06/10/2003) |
| 07/02/2003 | 7 | NOTICE OF APPEAL re [6], [5] by pro se Homer E. Hawkins. () (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re appeal [6], [5] (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | | Appeal Remark : *Docket fee notification form and case information sheet to USCA* (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | | Appeal Remark : *Mailed request for docket fee payment* (ys, ) (Entered: 07/08/2003) |
| 07/11/2003 | 8 | Letter *dated 7/9/03* from Homer E. Hawkins to the Court requesting a certification of funds application. (ys, ) (Entered: 07/11/2003) |
| 07/14/2003 | 9 | Request for IFP/Prisoner Trust Fund Account Statement on APPEAL by pro se Homer E. Hawkins. (ys, ) (Entered: 07/14/2003) |
| 07/18/2003 | | USCA Case Number re appeal [7]. USCA Case #03-16301 (ys, ) (Entered: 07/18/2003) |
| 10/31/2003 | 10 | ORDER of USCA re appeal [7] : *Appellant's motion for leave to proceed in forma pauperis on appeal is granted. Appellant eventually must pay the full amount of the filing and docketing fees for this appeal. Accordingly, within 21 days of the filing date of this order, appellant shall complete and file with this court the enclosed authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $105.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. If appellant fails to file the completed authorization form, the Clerk shall dismiss this appeal for failure to prosecute. If appellant files the completed authorization form, the opening brief will be due 11/21/03; the answering brief will be due 12/22/03; the optional reply brief will be due within 14 days after service of the answering brief. Because appellant is a prisoner proceeding in forma pauperis and is not represented by counsel, appellant is not required to file experts of record.* (ys, COURT STAFF) (Entered: 11/03/2003) |
| 11/12/2003 | 11 | ORDER of USCA re appeal [7] : *If appellant fails to file the completed authorization form, the Clerk shall dismiss this appeal for failure to* |

| | | |
|---|---|---|
| | | *prosecute. If appellant files the completed authorization form, the Clerk shall file the opening brief received on 7/24/03, and the supplemental received on 8/4/03. Because appellant is a prisoner proceeding in forma pauperis and is not represented by counsel, appellant is not required to file excerpts of record. Since there is no appearance by appellees, this case will be ready for calendaring upon the filing of the opening brief.* (ys, COURT STAFF) (Entered: 11/13/2003) |
| 12/29/2003 | | Certified and Transmitted Record on Appeal to US Court of Appeals re [7] Notice of Appeal (ys, COURT STAFF) (Filed on 12/29/2003) (Entered: 12/30/2003) |
| 01/09/2004 | 12 | Receipt/Acknowledgment from USCA of the original case file. (ys, COURT STAFF) (Filed on 1/9/2004) (Entered: 01/13/2004) |
| 06/14/2005 | 13 | USCA JUDGMENT as to [7] Notice of Appeal: the judgment of the USDC for the Northern District of California (San Francisco) is REVERSED and REMANDED. (ys, COURT STAFF) (Filed on 6/14/2005) (Entered: 06/17/2005) |
| 06/14/2005 | 14 | CLERKS Letter Spreading Mandate to Counsel re [7] Notice of Appeal. Reversed and Remanded. (ys, COURT STAFF) (Filed on 6/14/2005) (Entered: 06/17/2005) |
| 06/27/2005 | 15 | Mail Returned as Undeliverable re [14] Mandate of USCA. Mail sent to plaintiff Homer E. Hawkins. Remailed to address from proof of service of USCA's order. (ys, COURT STAFF) (Filed on 6/27/2005) (Entered: 07/01/2005) |
| 07/11/2005 | 16 | CERTIFICATE OF SERVICE by Homer E. Hawkins re [13] USCA Judgment (ys, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/18/2005 08:51:16 | | |
| **PACER Login:** | | **Client Code:** | hawkins |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-02360-SI |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |