HOMER E. HAWKINS (3)
CDC # ID. C-55875
IRONWOOD STATE PRISON
P.O. Box = 2199
Bly the, CA.
zip - 92226



ATTN:

UNITED STATES COURT
OF APPEALS
95 Seventh Street
Post Office Box = 193939
San Francisco, California
zip - 94119-3939