UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 5, 2008

**CASE INFORMATION:**
Short Case Title:  <u>HOMER E HAWKINS</u>-v- <u>ROBERT DOYLE, SHERIFF</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NDCA, San Francisco Division, Judge Susan Illston</u>
Criminal and/or Civil Case No.: <u>CV 07-05644 SI</u>
Date Complaint/Indictment/Petition Filed: <u>11/6/07</u>
Date Appealed order/judgment *entered* <u>4/18/08</u>
Date NOA *filed* <u>5/1/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: <u>5/5/08</u>
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: <u>N/A</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                        Appellee Counsel:




☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:



Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>
                                                     (415) 522-2068

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 5, 2008

**CASE INFORMATION:**
Short Case Title:  <u>HOMER E HAWKINS</u>-v- <u>ROBERT DOYLE, SHERIFF</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NDCA, San Francisco Division, Judge Susan Illston</u>
Criminal and/or Civil Case No.: <u>CV 07-05644 SI</u>
Date Complaint/Indictment/Petition Filed: <u>11/6/07</u>
Date Appealed order/judgment *entered* <u>4/18/08</u>
Date NOA *filed* <u>5/1/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)          ☐ denied in full (send record)
                            ☐ granted in part (attach order)          ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                      Date Docket Fee Billed: <u>5/5/08</u>
Date FP granted:                           Date FP denied:
Is FP pending?  ☐ yes   ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal?  ☐ yes   ☐ no
Companion Cases?  Please list: <u>N/A</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                         Appellee Counsel:




☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:



Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>
                                                    (415) 522-2068

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 5, 2008

**CASE INFORMATION:**
Short Case Title: <u>HOMER E HAWKINS</u>-v- <u>ROBERT DOYLE, SHERIFF</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NDCA, San Francisco Division, Judge Susan Illston</u>
Criminal and/or Civil Case No.: <u>CV 07-05644 SI</u>
Date Complaint/Indictment/Petition Filed: <u>11/6/07</u>
Date Appealed order/judgment *entered* <u>4/18/08</u>
Date NOA *filed* <u>5/1/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)        ☐ denied in full (send record)
                            ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed: <u>5/5/08</u>
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: <u>N/A</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                           Appellee Counsel:




☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:



Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>
                                                    (415) 522-2068