**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 5, 2008

Homer E. Hawkins
C-55875
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

SUBJECT:   Request for Payment of Docket Fee

   **Title: HOMER E HAWKINS -v- ROBERT DOYLE, SHERIFF**
   **Case Number:       CV 07-05644 SI**
   **Court of Appeals Number:**

A notice of appeal was filed with this Court on May 1, 2008 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

   Sincerely,

   **RICHARD W. WIEKING, Clerk**

   /s/

   **by:  Yumiko Saito**
   **Case Systems Administrator**

**cc: U.S. Court of Appeals**