FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>ROBERT DOYLE, Sheriff, Marin County; DENNIS MCQUEENY Captain, Marin County; C. FISHER, Lieutenant, Marin County,<br><br>        Defendants - Appellees. | No. 08-16109<br>D.C. No. 3:07-cv-05644-SI<br>Northern District of California, San Francisco<br><br>**ORDER** |

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Corina Orozco
Deputy Clerk